SCANNED at
and Emailed
5/8/26   by 3U   .174 pages
date   initials   No.

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**CIVIL RIGHTS COMPLAINT**

_Victor L. Jordan sr._

SCANNED at
and Emailed
4/21/26 by MR . 174 pages
date   Initials   No.

_____

Plaintiff(s),

(Full name(s); Do not use _et al._)

v.

_Capt., Saas; Gregorio Agosto; Shauper; Barefoot; Wagner; Ovittore; John Doe 1; John Doe 2; John Doe 3; John Doe 4; John Doe 5; John Doe 6; John Doe 7; John Doe 8; John Doe 9; John Doe 10; John Doe 11; John Doe 12; John Doe 13; John Doe 14; John Doe 15; Kelly Wolf; Chris Lokos R.N.; Demitrz; Jennifer Reis; Victoria Soley;_

Case No. _____

(To be supplied by the court)

_All Defendants Are Being Sued In Their Official & Individual Capacities._

Defendant(s).

(Full name(s) and capacity, _e.g._, official capacity, individual capacity, or official and individual capacitites) (Do not use _et al._)

## A. PARTIES

1. _Victor Lamond Jordan sr_ is a citizen of _Connecticut_ who
   (Plaintiff)                     (State)
   presently resides at _Cheshire C.I. 900 Highland Ave, Cheshire Ct. 06410_
                         (mailing address)

2. Defendant _Saas_ is a citizen of _Connecticut_
              (name of first defendant)              (State)
   whose address is _Cheshire C.I. 900 Highland Ave, Cheshire, Ct. 06410_

   and who is employed as _Corrections Officer (Captain)_
                          (title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ✓ Yes _____ No. If your answer is "Yes," briefly explain:

Employed By the Department of Corrections

3. Defendant _Gregorio Agosto_ is a citizen of _Connecticut_
(name of second defendant)                                    (State)

whose address is _Cheshire C.I. 900 Highland Ave, Cheshire Ct 06410_

and who is employed as _Correction Officer, Dept, of Correction_
(title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ✓ Yes _____ No. If your answer is "Yes," briefly explain:

Employed by The Dept, of Corrections

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's complete address and title.) _See Attachment; 3 pages_

## B. JURISDICTION

1. Jurisdiction is asserted pursuant to (CHECK ONE)
   _42 U.S.C. § 1988 (b),_ ███████████████████ (VJ)

   ✓    42 U.S.C. § 1983 (applies to state defendants)
        _4th Amendment & 5th Amendment,        Ex parte Young_
        **Bivens v. Six Unknown Named Agents of Fed. Bureau of**
        **Narcotics**, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to
        federal defendants)

2. Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

_1st Amendment; Retaliation; Deprivation of Property; 4th 5th Amendment Unlawful Detention; failure to Protect and or Prevent; Violation Of State Substantive law, Public Act. The Protect Act. and Officers Accountability Act._

2

1

A. Parties

4. Defendant, Shamper, is a Citizen of Connecticut who resides at Cheshire C.I., 900 Highland Ave. Cheshire ct. 06410, who is employed as Correction officer. At all times relevant to this Claim was acting under the color of state law

5. Defendant, Barefoot, is a Citizen of Connecticut, who resides at Cheshire C.I., 900 Highland, Ave. Cheshire, ct. 06410 who is employed as Correction officer, at all times relevant to this Claim he was acting under the Color of State Law.

6. Defendant, Wagner, is a Citizen of Connecticut, who resides at Cheshire C.I. 900 Highland ave. Cheshire, ct. 06410, at all times relevant to this Claim he was acting under the Color of state law. employed as a Correction officer by The Dept. of Correction.

7. Defendant, Ovittore, is a Citizen of Connecticut, who resides at Cheshire C.I., 900 Highland, Ave. Cheshire, ct. 06410, At all relevant to this Claim he was acting under the color of State law. Employed by The D.O.C. as Correction officer.

8. to 23. Defendants: John Does 1 to 15, is a Citizen of Connecticut, who resides at Cheshire C.I., 900 Highland, Ave. Cheshire, Ct. 06410 who are employed by the Dept. of Correction, as Corr. Officers, who at all times relevant to this claim acting under Color of State law, as an employee of The D.O.C.

24. Defendant, Chriz Lokos, is a Citizen of Connecticut, who resides at Cheshire C.I. 900 Highland, Ave. Cheshire, Ct. 06410, employed as a Registered Nurse, by the D.O.C., and at all times relevant to this Claim he was acting under the Color of State Law.

25. Defendant, Jennifer Reis, is a Citizen of Connecticut, who reside at Cheshire C.I. 900 Highland, Ave. Cheshire Ct 06410, She is employed by the Dept. of Corr., as Warden, and at all times relevant to this claim She was acting under the Color of State Law.

26. Defendant, Demitrz, is a Citizen of Connecticut, who resides at Cheshire C.I., 900 Highland, Ave. Cheshire ct. 06410 employed as Deputy Warden, at all times relevant to this was acting under the Color of State law

3

27. Defendant, Victoria Soley, is a Citizen of Connecti-cut, who reside at Cheshire C.I., 900 Highland, Ave. Cheshire, Ct. 06410, she is employed by the D.O.C. as Deputy Warden of Cheshire C.I., at all times rele-vant to this claim was acting under color of State Law

28. Defendant, Kelly Wolf, is a Citizen of Connecti-cut, who resides at Cheshire C.I., 900 High-land, Ave. Cheshire, Ct. 06410, she is employed by the Department of Correction, as a Mental-Health Doctor, at all times relevant to this claim She was acting under the color of State law.

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

See Attachment Complaint Statement of facts

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

Claim I:  8th Amendment, unlawful Detention, unnecessary use of force, Threat use of force by way of Armory weapon (pepper spray)

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

See Attachment statement of facts

3

Claim II: _1st Amendment violation Retaliation & Conspiracy in Violations of 4th, 5th Amendment, Confiscation of Property._

Supporting Facts: See Attached Statement of facts

Claim III: _Supervisory liability; abuse of Authority_

Supporting Facts: See Attachment Statement Of facts

claim IV    Violation of State Law public Acts
The protect Act Bill 459
Officer Accountability Act.
citing "The Erie Doctrine

4

## E. REQUEST FOR RELIEF

I request the following relief:

## F. JURY DEMAND

Do you wish to have a jury trial?  Yes  *✓*        No  _____

_____        _____

Original signature of attorney (if any)        **Plaintiff's Original Signature**

                                                *Victor Lamond Jordan Sr.*

_____        Printed Name

Printed Name_____        *Cheshire C.I.*
                                                *900 Highland Ave.*

_____        *Cheshire, Conn. 06410*

_____

( ___ )                                              ( ___ )

Attorney's full address and telephone        Plaintiff's full address and telephone

_____        _____

Email address if available        Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at  *Cheshire C.I.*  on  *4-10-26*  ,
            (location)                  (date)

_____
                                                Plaintiff's Original Signature

(Rev. 3/21/16)

5

1

## Complaint

1. I am a incarcerated person, who is serving an 81 year sentence in the Connecticut Dept. of Corrections. And i have been incarcerated since 2008.

2. I am a qualified disabled person, who suffers from multiple, medical issues, which consist of Mental illnesses, and physical conditions, which includes Dental.

3. I have been subjected to repeated deliberate indifference by the D.O.C. and it's employees, Agents and Contractors, by way of, abuse of their Authority, Retaliation, Collaboration/Conspiracies, for Nefarious purpose, with Malicious and Sadistic, Wanton intent, to do Maximum harm and injury to me, for my litigious history of filing lawsuits against these D.O.C. employees.

4. The Defendants, Named in this complaint are individuals, whom, I, have filed grievances on, and or civil actions on previously, and or was in the process of doing so, at the time of this incident. Also, either suing their family member or significant other and or friend.

2

5. These defendants, named in this civil action has some out right admitted to their reasons for persecuting me, and how they will get me back; for my actions of complaints, and grievances and law suits; by using Tactics, by Official D.O.C. means to harrass, and cause harm and injury.

6. On April 28th 2025, while i was housed at Cheshire C.I., in South Block 129 Cell, I had a confrontation with corr. officer Agosto; who has on multiple occassions, singled me out and harrassed, and instigated some form of confrontation; he started harrassing me for no reason. of a penological purpose. So i, responded to him, that he was not suppose to have his "smart watch" and "cell phone" in the facility especially the housing units, in Accordance to A.D 2.17, and multiple other state and federal laws.

7. Me and this officer has had multiple negative confrontations, for reasons of his violation of the D.O.C. Rules and Regulations, which I have confronted him on and about. C/o Agosto also has expressed that I was suing "his people" and that he would get me eventually.

3

8. On the 28th of April, after I, confronted him about him using his Phone and wearing smart Watch, he also responded that "alright I got you", which i took as a threat. As he Stated this he went to the Unit entry Door, and went out of Unit and then returned back with officer Shamper, and Agosto, pointed me out to him.

9. I have also had Multiple Confrontations with Officer Shamper, for his Violations of employee conduct A.D. 2.17, regarding his illegal facial hair, and having his cell phone in the facility, he has on occassions made it clear that he would not conform to the Rules and he would get me for writing him up via inmate request, and grievances.

10. On April 29th 2025, at approximately 5:30 Am, I suffered, a severe chest pain incident during breakfast time. I did not know, if it was serious or not, but the Pain was excruciating, in the center of my chest. I did not initially inform the Block officer, because i was waiting for him to tour the unit, i did not notice him, and or i missed him during his tour. At 7:00 Am, my chest pain was still significant, so i was worried. While doing his Count, I informed C/O Shamper of my condition and That i required Medical attention.

4

11. officer shamper, wanted to be confrontational, I Just informed him that i needed to go to medical because of my chest pain. 30 minutes later while doing his tour i confronted him again and he Just ignored me, with mockery facial expression. Then once again, he made some kind of unintelligible comment.

12. At 8 oclock Am. The inmate phone system comes on line, and on the Tablet, I, made a phone call to my eldest sibling, my sister Charlene Jordan, and i told her of my condition and how the C/O would not contact medical Department, and that i needed her to call the Jail and medical Dept.

13. At aproximately 8:30 Am, I was allowed to go to medical, and during my way out of unit, the officer shamper, showed great disdain and stated, something like, "yeah do what ever you want, you will see". He made these statements, right in front of the Leiutenant

12. UPON my arrival into medical, I, confronted Norses present, one being, Crista Brennan; whom im also suing in another case (see 3:24-cv-236)° i asked Why it took them so long to call me down for chest Pain emergency, Violating Protocol and Procedures.

13. Nurse Brennan, and others present, informed me that, they only became aware of my condition several minutes before i walked (arrived) in the Medical Department. An E.K.G. was performed and the results were allegedley fine.

14. After I returned to the unit i informed Shauper that i was writing him up for his actions and going to sue him.

15. On April 30, 2025, while housed in South 129 Cell at aproximately 7:00 A.m., I was using the Toilet, Deficating. I had a cover on the Bottom half of the cell door window, which is aproximately 3 feet long and 6 inches wide, the window extends from 7 inches from the top of Door, which is aprox. 8 feet long. the cover on the bottom of cell window does not block any view of the cell, when looking dire-ctly into the cell, the cover is more for giving no--tice, to anyone out-side of cell door on the tier that i require some reasonable privacy, it's also a courtesy to the officer, whether they be female or non-custodial Agents/employees doing a tour. And also a sense of privacy for myself conscious/con-science. C/o Scott did his count and observed me using bathroom. (I am a single cell inmate to Note).

6

16. At approximately 7:45 Am, Officer Agosto came to the door, and at that time i was not using the bathroom, i, was not descent, because i was mas-turbating. I was sitting in my chair in the cell and i fell asleep, in that condition. Agosto knocked on the cell door, which i awoke and, C/O Agosto started telling me, to take the cover off the window, I told him that "i got it," (meaning i would do it), he started saying "right now". I told him that i was not descent, and that, he could see every part of the cell, and my upper half, because my legal Boxes was covering my bottom half. I then informed him that i wanted to see mental health, and for him to call mental health, he said no, and that I was going to R.H.U. (Restrictive Housing Unit) Segre-gation/Solitary confinement. And then he walked away from Door. I got myself descent and rem-oved the 8x11 inch, (commissary sheet) from the window.

17. After approximately 20 minutes, while i was doing my legal work, I, went to the door to look for the officer to see if he called for the Mental Health because i was feeling anxious, which i was going through for a few days, and feeling slightly de-pressed, because one of my grandchildren who was an 2 month old infant, who was born with a Heart issue.

18. And she was going through surgery to correct the defect.

19. As i looked out the cell window, I observed Capt. Saas, and multiple other officers, preparing to come for someone, or something of a security measure, as i watched. Someone pointed at my cell, and so then i covered my window, because i, figured that, C/O Agosto was setting me up, by making some kind of false allegation.

20. Also, Agosto, Knowing that i, requested mental Health and he would not call, as he said he would not, and i had said i was writing him up.

21. Capt Saas told me to take the cover down, I informed him that i asked to see mental health, why was he here, with all of over 10 COs aprox. 20 plus. Saas, ask me to take cover off, and that he was not calling mental health, and that he wanted to talk to me.

22. I took the "Full cover" off the window and asked him what's up. And he stated that, we have to take a walk, I said walk where, and he stated to RHU.

23. Capt. Saas, says I, told you that i was going to do this if you got into it with one of my officers and threatened to "sue him/them" and or write them up, And for me harrassing them about having their I-Phones and smart Watches in the facility. He Said that they could have them Just like inmates having their tablets. I told him that's "Bullshit", And that he couldn't put me in seg. for that, He Stated, the officer claimed that i blocked his View of the cell and impeded his tour, Therefore I tampered with the normal running of the facility.

24. I, showed him how my window was partially covered and told him that they could not place me in solitary/isolated Confinement for this type of infraction, which would be unlawful detention, and or a Violation of the Protect, also officers Accountability, especially when the unit officer and he was only doing this out of retaliation.

25. I, said that i was going to call my family on my tablet, thats when Capt. Saas Pulled out his Pepper Spray and told the unit officer at the Control Center to, open up the Cell, he was in the event of Attacking me, had i not yelled out to him why Did he have his Pepper Spray out, with out the Video Camera active, when he knew that he was Planning to Use force.

9

26. It was clear that Capt. Saas, and the 20 plus Officers that Came with him had already Planned to use force, even in the event of Just escorting me to RHU, per protocol and procedure A.d 6.5 use of force and A.d 6.9, regarding videos and Planned use of force, and incidents that require Restrictive Housing Placement.

27. I, did not Put up any resistance, at No time did i, ever express, and or act threatening, and or as if i, was gonna respond and or act with any aggre-ssion, There was no need for me to be escorted to RHU, and or for any use of force to be applied by being Manhandled and hand Cuffed behind my back, And there was no need for there to be at least 20 Corr. officers to be present during a non-violent and non-disruptive incident, All of the officers I, made aware of their Violations of my Protect Act right and their violation of the Officers Accountability Act. by participating in the illegal, Unlawful Dete-ntion, as the Protect Act, States that should not happen under the Circumstance.

10

28. Although the Officer Agosto fabricated that my cell door window was obstructed, impeding his view, of the cell, and myself, And Capt. Saas, on that information, claims that is why he made the decision to initiate my RHU placement, for flag- -rant disobeydiance, the Verint video of the unit reflect that my window was not covered in the manner that was insinuated by C/O Agosto.

29. C/O Agosto's actions, were contingent on his threats to retaliate against me prior to this incident, that was exagerated, and executed in accordance to his and Saas, as well as other offi- -cers plan and Conspiracy.

30. Capt. Saas, then informed me after placement that, he was allowing C/O Shamper to Inventory my property, although i told him that, he knew that it was a conflict of interest, and he said he knew and that is why he allowed it to happen.

31. After C/O Shamper, packed and tampered with my property, he came to RHU bragging, about how, my property was going to be missing and I would not be receiving it back intact. Which turned out to be true, and Saas, and others, Barefoot; Reyes; Whitted, Mannillo, were in the Conspiracy.

32. The Warden Reis, Deputy Warden Demitryz, and Deputy Warden Soley, were involved by way of Reis out right threats to me to deprive me of my property because of my repeated and multiple lawsuits against her and her colleagues and my repeated verbal disrespecting her and her colleagues.

33. Soley and Demitryz, facilitated the illegal Confiscation of my Property, by failing to Super-vise and hold their Subordinates, accountable, by was of Rejecting and or Denying my legiti-mate, grievances regarding these Subject Matte-ers.

34. The un-named 15 John Does', are liable for failure to Protect, Prevent and or intervene, and deliberate indifference, also violations of The Protect Act, and Officers Accountability Act. by way of assisting in my unlawful Detention, and being a part of the planned use of unnece-ssary force and unlawful Detention, and or being a part of the Conspiracy with Capt. Saas and Agosto.

35. The six that made reports, as the Incident Package Report, CN6604 reflects are Agosto; Saas; Casteel; Shamper; Wagner; Ovittore. And their use of force Reports, CN6501; and Supplemental Report, CN6605, addressing the incident by only these six officers, and not any reports by the other "15" officers who were directly involved, and were suppose to make a report.

36. Deputy warden, Demitryz, submitted his Shift Commander overview and Notification Sheet, where he co-signs their illegal and unlawful actions, therefore failing in his supervisory role, by not holding these officer accountable for their unlawful actions.

37. Defendants, Reis; Demitrz; Soley, in their Incident Reporting Routing Form, And Captain Saas, CCI-2025-04-170, Re. April 30, 2025

38. This Claim Cites Retaliation and Conspiracy by These Defendants, and the assistance from their colleagues and or friends and family who They have used to enforce/execute their offenses against myself.

39. The Defendant Agosto, stating to me, that because i was suing and grieved his people he was going to get me for that. And then literally created an incident; from a minor infraction; into a Major one, which required 20 Correctional Officers Plus, And Captain Saas, Having a large cannister of Pepper Spay, which he engaged, after having my cell door opened, without any provokation, and or exi-gent Circumstances. With no body Camera/hand held Camera activated, to show and reflect the ongoings in the cell.

40. The Defendant Saas, has threatened me with his retaliations, on numerous occassions, as he was being named in a number of my Civil Compl-raints, since his first Planting evidence in my cell in June 2022, because i wrote his colleagues up regarding denying me proper medical care, by RN Dave, who it also included, Lt. Whitted, and C/o Miliaon and others, as well as Warden Reis. Capt Saas, literally told me he would make sure that i know he is in charge, and when he said he would put another inmate in the cell with me to show me, also my property, and allowing C/o Shanper to inventory my belongings and dissapear a number of legal Documents and Items of Property.

14

41. Defendant's Barefoot, Marnillo, Whitted, Reyes all who were in conspiracy in the retaliation, because all of them are Defendants in, one or more of my Civil Actions. And The fact that all of these individuals were in A&P Property, surrounding me in a area that there was no cameras present, all telling me that i was not getting my Property Back.

42. C/o Barefoot, who was the Property Officer, once informed me that he was apart of the Union, and he was a Union Rep., and that he had power in the D.O.C. to make "shit happen," and he didn't care that i was suing him Re. 3:24-cv-236, and this was told to me months before this April 30th 2025 incident. To Note, i informed him that i was suing him regarding 3:24-236 case.

43. R.N Chris Lokos, Denied me my PRN medication, by bringing a medication or other substance, that he did not remove from it's sealed package in my presence, which is Mandated. I needed that medication for my anxiety, which was escalating, because of the initial placement in solitary confinement. He was aware of my condition, as well as my previous suicide attempt, and decomposing, and mentioned that he knew of my complaint regarding his colleague Dale.

15

44. He was refferring to R.N Dale, who i filed a civil complaint on regarding case # 3:23-cv-855. R.N Lokos, stated that i could sue him he didn't care. That i either take what he brought me or i would not be receiving anything.

45. I Refuse to take the unknown substance, and made it clear that, i believed that they were trying to poison me, Medical Dept. and custody.

46. Mental Health Kelly wolf, also refused to give me mental health service, treatment or care her being aware of my mental health conditions being that she is the head Psychologist at this facility. And There is a major conflict of interest, because she is a Defendant, in multiple civil complaints i have pending. and she has shown clear baise towards, me by not providing me with mental health care and services which a mental health 3 score inmate is required and Mandated to receive.

47. The additional "15" John Does corr. officers who were involved in the unnecessary use of force, and unlawful Detention. I clearly stated that, i was Vulnerable, because of the Placement.

16

48. And i, cited the Protect Act. and officers, Accountability Act., that they were liable for the unlawful Detention, and threat of use of force and unnecessary use of force., which refferred to the excess of Officer being present, for a non-emergency / non-violent incident, also that because the video camera was not activated before and or After my cell was opened and Saas and them were ready to rush in the cell if I, did not yell out loud what they were about to attempt or do. Which was clearly Planned use of force.

49. Compensatory Damages in the Amount of 5 million U.S. Dollars.
Punitive Damages in the Amount of at least 4 times the compensatory Damages
Injunctive and Declaratory relief, in the form of Policy changes, protocols and procedures, that modifies and or changes the language of the Administrative Directives, 9.5; 6.5; and 2.17, to all coincide with the New laws, of the state as well as the Constitution. Also these Defendants being reprimanded, by means to further deter future Violations.

50. Plaintiff also seeks legal fees, "Reasonable Attorney fees", and Cost, and Other expenses, expert witness or other.

51. I declare Under the Penalty of Perjury that I, Made all efforts available to me, to exhaust remedies, by filing multiple Inmate Request forms CV9601's for informal resolutions, to all the appropriate personnel, which give all Defendants notice, also filings of Inmate Grievances, CV96025' and 35' and 45', The Same with Medical Department, CV89015', 25', 35'. Which as i, filed informal resolutions Via CV9601's', as well, And Although on most occasions, the Departments, Admin. and Medical, rarely respond with the 15 business days, I timely filed each subsequent, grievance, and appeals, in accordance to the A.D.s 9.6, and 8.9.. I received some of my filings back, and some i did not from the Departments and their informal Resolutions process. I did in fact exhaust my all remedies, Prior to filing this Civil Suit against all these named Defendants. Sworn to under oath at Cheshire C.I. on April 13th. 2026

Victor Lamond Jordan Sr.
#465080  Cheshire, C.I.
900 Highland, Ave.
Cheshire, ct. 06410

*Unlawful Detention Retaliation*



# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV
04/30/2021

Inmate name: Victor L. Jordon Sr.

Inmate number: 165080

Facility/Unit: Cheshire C.I.

Housing unit: SB-219

Date: 5-6-25

Submitted to: Warden Rens; Deputy Wardens; Soley; Demitryz

Request: Ladys and man, on April 30th 2025, I was unlawfully Detained, and threatened by Capt. Saas, by displaying his "Sabre Red" Canister to assault me, with no provokation, and no threats and any form of disruptive behavior, and he did, so by having my cell door opened, with out having the Video Camcorder Activated as per protocol/Procedure, and Prior to alerting Mental Health as i repeatedly requested, and all the other officers Present, I, informed that they were in Violation of the "Protect Act", as well as Officer Accountability, for the Violations, that Saas Continued to Committ against me, by placing me in RHU, "Isolated Confinement," for a Non-RHU infraction

continue on back if necessary

Previous action taken: and or Event, by fabricated D.R. for Flagrant Disob. by C/o Agosto, for having my cell window colored up while he toured. Which was not true or Accurate, and the fact that, we have had Conflict on Monday 4-28-25, for him Harrassing me, trying to instigate, a Confrentation on Tuesday 4-29-25, I, had the Conflict with C/o Shanper, regarding me having

continue on back if necessary

Acted on by (print name):                              Title:

Action taken and/or response:

continue on back if necessary

Staff signature:                                        Date:

CoCr Angel Quiros, comm. of corr,
CrCo Devaughn Ward, OwBudman

chest pains, at Breakfast, that felt like a possible heart
Attack., Although the pain subsided, i was still in pain, and
my left arm and hand felt numb, and i felt clammy.
So at 7:00 am, whilst he did his Tour to take count I,
Informed him (Shamper) of all of this and that, I req-
-uired immediate medical attention, As, i have cited in my
April 29th request to you all, as well as my family having to
call the facility 1 hour, after the fact, and still not get-
-ting seen until, 8:35 am, and medical informing me that
they just, " 2 minutes, prior to my arrival got the phone call "
later, I, addressed this matter with Dep. warden Demitryz,
and of other Issue, that c/o shamper was violating and
that we have history and conflict because of my calling
him on his A.D. Lfefecode Conduct, 2.17, A.D. 1.13 Code of
ethics, and employee discipline, A.D 2.6. which concerns their
attire, their appearance regarding facial hair, uniform, boots
A.D 2.17 B. 4.7. 11. 13. 15. 33. 39. a. b. c. 15!. So on the day
of the false or unlawful Detention and use of force and
Threats of use of Armory weapon on me, capt. saas, allowed
c/o shamper to pack my Belonging, and retaliate, against me
as well as, saas as well, by confiscating belongings Items that
I, have either paid for from commissary, since 2008, and or was
replaced by other property officers' unit managers, as my
belongings were loss, destroyed or other. My Matrix clearly
reflects, that I have had all my belongings since five of
until Now. Also, I am on a hunger strike until the prob-
-em, with this facility not abiding by the protect act, and
placing individuals, especially like myself in Isolated confine-
-ment, for Non-violent, Non-Threatening, Non-Disruptive, Safety &
security, reasons. You all have been given Notice.
Today I, Just Spoke to Reis, regarding all of these
subject matters, and my Hunger strike, I will consider
my position on this, After We Speak again

*Re: single cell*



# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV
04/30/2021

Inmate name: Victor L. Jordan Sr.

Inmate number: 163080

Facility/Unit: Cheshire C.I.

Housing unit: SB2 19

Date: July 14, 2025

Submitted to: Unit Manager: Roach

Request:

The Childish Tactics, that your superiors and or equals, and possibly your lessers are, using you to execute. Is a set up. And that's not just for me, Ask Yourself why d'd'n't "Sass" (maggot) ass did not enforce this threat of Placing someone in the cell with me / me in the cell with another inmate. Is you being a woman and "Black" suppose to Change my disposition. Any attempts at such a move i will take that as an offense to me and my safety and Securitys, and as a threat, and retaliatory in Nature. And as i, have told everyone, prior to this including, Warden Reis, and her cronies, and

*continue on back if necessary*

Previous action taken: her bosses, Quiros and Ned lamont, And the State and Federal Courts, and Just recently at a deposition, on this matter, under Oath. What i, intended to do, and how its a threat to not only my safety & Security, but to others as well. Today Mon. 14th 2025. I gave you notice, by Way of Conversation and Copy of letter to Gov. Lamont, and for single cell Status sheet.

*continue on back if necessary*

Acted on by (print name):

Title:

Action taken and/or response:

*continue on back if necessary*

Staff signature:

Date:

*Re. Cane not providing*



# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV
04/30/2021

Inmate name: Victor Lamond Jordan Sr.    Inmate number: 165080

Facility/Unit: Cheshire C.I.    Housing unit: EB 2-19    Date: Aug 7, 2025

Submitted to: Medical Dept. Nicole Salahann/Debra Cruz, Dr. Williams

Request: ; CRSta Bremar, RN Christopher
This is what you call "retaliation", and/or incompetent, inadequate and Deliberate Indifference. When, I was prescribed by Dr Maletz, In June 2025, a Cane, for my serious condtions, that requires me to have it as an aide for assistance with walking, and reduction of further degeneration of my spinal disease and herniated Disc, and Achilles Tendon. And the whole time you all literally and intentionally went out of your ways to deny, refuse and prevent, conspire and manipulate and lie to continue to harm me in any way that you all can. Even by lying to your own Disc. colleag

continue on back if necessary

Previous action taken: ues, about, already delivering/supplying/providing me with the, Cane, and you all even attempting to create a safety & security issue, by saying to Unit manager that, the Cane is probably in the unit. when every last one of you were aware that, none of you provided me with The Cane, that i, have been requesting for the past 8 months Somebody has to be held accountable, so unless one continue on back if necessary or you take the blame, you all will be

continued on back if necessary

Acted on by (print name):    Title:

Action taken and/or response:

continue on back if necessary

Staff signature:    Date:

held Accountable. I am going to sue you all. Every one who was aware and or should of been aware of my medical conditions and circumstances. from at least 9-24-24, Re. Report from UCONN Health Department of CMHC Outpatient Services. And in my following medical Records, Re. Subject matter of my orthopedic matters, from, 9-24-24 - 10-24-24 - 11-24-24 - 12-24-24, Then 1-2-25 up until Augustus 6 2025, all of these individuals are liable and anyone who facilitated their Deliberate Indifference and assisted in this Violation of my rights and caused me pain and suffering and further harm, which compounds to, decomposing of my spinal disease and achilles injury and the pain that has been Compounded and made at least 4 times worst, although based on my personal experience and being the subject matter and the one who has suffered, beyond anyone else's understanding. this is only as a formality, for everyone involved to hold yourselves and your Colleagues accountable. And from here on out, make sure that I, get my care and treatment A.S.A.P.



# Inmate Grievance Form- Level 1
## Connecticut Department of Correction

CN 9602
REV
04/30/2021

Facility/Unit: _Cheshire C. I._  Date: _OCT 31, 2025_

Inmate name: _Victor Lu Jordan, 10_  Inmate number: _165080_

### INMATE ADVISEMENT

- Any inmate who files a grievance must follow all instructions in Section 5 and 6 of Administrative Directive 9.6, "Inmate Administrative Remedies."
- Any grievance which does not follow the instructions identified in the above mentioned sections shall be rejected.

### STATE THE PROBLEM AND REQUESTED RESOLUTION

- Provide any factual information that is applicable, including any responses from staff.
- State the action that you think should be taken to resolve the problem.
- PLEASE PRINT.

for the Reasons stated in my CN9601 Request for F.O.I. of said preservation, and or access to information Re. Incident on May 30 2025, in South 1 unit. That involved me being unlawfully detained and placed in RHU/Solitary (isolated) Confinement, And threat use of excessive force, and unnecessary use of force, that was used, and the Personnel, who was present and involved, which includes all of the D.O.C. personnel, custody, medical, and or other, There should be supplemental Reports and I should have access to all of their names and designations, for lawsuit filed. (Remedy) is Providing these names

Inmate signature: _____  Date: _OCT 31, 2025_

- Deposit this form in the "Administrative Remedies" box.

### DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW

| Date Received: 11/03/25 | IGP #: | 125-26-177 |
|---|---|---|

Disposition: Rejected    Date of Disposition: 12/10/25

Reason:
The request for administrative remedy fails to satisfy the procedural requirements. In regard to your FOI request for documents and the contents within said documents, complaints regarding the Freedom of Information Act should be directed to the Freedom of Information Commission if you are dissatisfied with the outcome of an FOI request. The Freedom of Information Commission is not subject to the DOC Commissioner's authority. Therefore, this grievance is rejected and not subject to resubmission.

☒ This decision is not subject to further appeal.    ☐ This matter may be appealed within 5 calendar days.

Staff Name Print: _A.W. Dmitry_

Signature: _____    Date: 12/10/25

EXHIBIT D    SURE 3:23-cv-254    Motion for Preliminary Injuction 1 of 1
Decry meds PRN

# Inmate Request Form
## Connecticut Department of Correction



CN 9601
REV
04/30/2021

Inmate name: Victor L. Jordan Sr.    Inmate number: 163080

Facility/Unit: Cheshire C.I.    Housing unit: SB-219    Date: May 3, 2025

Submitted to: F.O.I. C/O

Request: I need Verint Video Preserved, From 4-29-25 OF SB1, Bottom tier in Area of 108 cell, From 5:00 Am to 3:00 Pm Also From 4-30-25, 7:00 Am to 3:00 Pm Same area, and control center area; And East 1 RHU 7:00 Am to 11:00 pm. Also Verint Video OF East 1 RHU, From 7:00 Am until 11:00 Pm; on May 1 2025, From 5:00 Am to 11:00 Pm; Also 5-2-25, 5:00 Am to 11:00 Pm; Also 5-3-25 5:00 Am to 11:00 Pm, and 5-4-25 For the purpose of Official Judicial proceedings, and Reading.

*continue on back if necessary*

Previous action taken:

*continue on back if necessary*

Acted on by (print name):    Title:

Action taken and/or response:

*continue on back if necessary*

Staff signature:    Date:

| Directive Number 6.9 | Effective Date 01/03/17 | Page 7 of 10 |
|---|---|---|

| Title |
|---|
| Collection and Retention of Contraband and Physical Evidence |

    d. Best efforts shall be made to conduct supervisory reviews within 15 days of the incident.

B. <u>Preservation requests</u>.  Upon any written request by an attorney, union representative, staff member, inmate, visitor, etc., the facility shall collect and retain all original video evidence inclusive to the request. The request shall be acted upon in a timely manner.

1. The requestor shall make his/her request as soon as possible to ensure the request is received by the Unit Administrator or designee within thirty (30) days of the recording date as outlined in A.D. 4.7, Records Retention.
2. The preservation request shall be limited to a specific date(s), a narrowly defined time frame, and a precise location. The request shall include an explicit description of what is alleged to be depicted on the video and an explanation for why the video must be preserved. Preservation requests that do not meet these requirements shall be returned to the requestor for proper revision and submission.
3. The video evidence shall be collected by those staff designated by the Unit Administrator, or designee.
4. The video evidence shall be retained specific to the timelines requested of the event/incident to include any and all video evidence pertinent to the request.
5. A supervisory review of the requested video evidence shall be conducted at the discretion of the Unit Administrator or his/her designee.
6. Upon supervisory review of the video evidence if it is observed that the event/incident is outside the timeline documented in the request then additional video evidence shall be retained.
7. Upon supervisory review of the video evidence the Unit Administrator or his/her designee shall be notified of any information pertinent to the request or any other reportable event observed during the review. Any further action deemed necessary shall be at the discretion of the Unit Administrator.
8. A CN6902-Supervisor Video Recording Review form shall be completed to document the review.
9. A written response shall be prepared and disseminated to the originator of the request.
10.   Copies of the original request, the written response to the requestor, the CN6901-Contraband/Physical Evidence Tag and Chain of Custody and CN6902-Supervisor Video Recording Review form for video evidence shall be retained in a location designated by the Unit Administrator.

C. <u>Disciplinary Proceedings</u>. During defense preparation if the accused inmate, or witness/witnesses, requests video evidence pertaining to the alleged offense or disciplinary process, the facility shall collect, review and retain all original video evidence pertinent to the request if such video is still available.

1. The accused inmate, or witness/witnesses, may request video evidence during the pre-hearing investigation or during the formal disciplinary hearing with the Disciplinary Investigator or Advisor.
2. The Disciplinary Investigator or Advisor shall be responsible to collect, review and retain the pertinent video relevant to the alleged offense. Video requests made during the formal disciplinary hearing shall be considered for use in the hearing at the discretion of the Disciplinary Hearing Officer. Regardless of the use of the video in the formal disciplinary hearing, the Disciplinary Hearing Officer shall instruct the facility Disciplinary Investigators to collect and retain such video for any future administrative proceedings or potential ligation.

Rev. 4/14/222, 9/20/22, 6/5/25



*[handwritten annotations in top margin]*

## STATE OF CONNECTICUT
### *DEPARTMENT OF CORRECTION*
CHESHIRE CORRECTIONAL INSTITUTION
OFFICE OF INVESTIGATION AND INTELLIGENCE
900 HIGHLAND AVENUE
CHESHIRE, CT 06410

*[handwritten notes: Re: Mon. Tue. Wed. C/o Agosto; Capt. Saas; Flagrant Disob.; RHU; protect Act.; Property; Hunger Strike C/o Thumper ...]*

To: Jordan, Victor #165080

From: Administrative Captain

Date: 5/15/2025

Re: Preservation of video evidence.

Your request to preserve camera footage from south 1 on 4/29/25 from 5am-3pm 4/30/25 from 7am-3pm east 1 on 5/1/25 from 7am-11pm 5/2/25 from 5am-11pm 5/3/25 from 5am-11pm 5/4/25 from 5am-11pm was completed. The following disc was secured into evidence:

**CCI-VP-25-895**
**CCI-VP-25-894**
**CCI-VP-25-893**
**CCI-VP-25-892**

**Note:**

In accordance with Connecticut General Statute, 1-210, b. (18)  Any access to the aforementioned videodisc will require a subpoena based on the risks to safety, security and sensitive nature of its contents.



# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV
04/30/2021

Inmate name: *Victor L. Jordan sr*

Inmate number: *165080*

Facility/Unit: *Cheshire C.C.*

Housing unit:

Date: *Oct. 6 2025*

Submitted to: *F.O.I. Kozikowski; Adusn; Captain; Laware*

Request:

1. I require the Incident-Package Report Re. RHU Placement on April 30th 2025. Also;

2. Incident Re. medical, chest pains, on 4-29-25, re. C/O Sharper Also;

3. Any and all Documentation Re. Me and my Hunger Strike/protest from April 30th, 2025, up until present moment.

I am an Indigent prisoner, I can't pay for any copies.

continue on back if necessary

Previous action taken:

continue on back if necessary

Acted on by (print name):

Title:

Action taken and/or response:

RECEIVED OCT 0 9 2025

continue on back if necessary

Staff signature:

Date:



# Inmate Grievance Form- Level 1
## Connecticut Department of Correction

CN 9602
REV
04/30/2021

| Facility/Unit: Cheshire C.I. | Date: June 2nd 2025 |
| Inmate name: Victor L. Jordan Sr. | Inmate number: 165080 |

## INMATE ADVISEMENT

- Any inmate who files a grievance must follow all instructions in Section 5 and 6 of Administrative Directive 9.6, "Inmate Administrative Remedies."
- Any grievance which does not follow the instructions identified in the above mentioned sections shall be rejected.

## STATE THE PROBLEM AND REQUESTED RESOLUTION

- Provide any factual information that is applicable, including any responses from staff.
- State the action that you think should be taken to resolve the problem.
- PLEASE PRINT.

Remedy, is Preservation of physical Evidence (print Video of SB2) See CN9601

I Know you guys Comprehen tion, skills are severely limited, especially when it Re. legal matters. So I'm going to simplify this for you, 1st Look at A.D 6.9 Page 1. 1. policy! 2. The Doc etc... Not relevant to this request! 2.) Each aforementioned entity shall collect, retain,... and "All forms of physical Evidence in Accordance with this Directive!! 2 Now Pay attention to this, it is very Important, 2. Reference and Authority! C. CGS, (you May want to read) D. Goodman v. Cybulski, et al... E. Shabazz v Warden, F. (This one you really need to read) Thomas v. Butkiewicus, 2016 3:13-cv-797 Spoliation!!! 3. A, B, E, G, Page 2. H, Spoliation and 4. physical Evidence/Classification!!! Is very simple right. I am a Pro-se Litigant, who in this Matter, represents my-self. Re. My Hunger Strike, and the reason why, im doing it, which Pertains to Violation of Protect Act, & Retaliation

Inmate signature: _____

Date: June 2 2025

- Deposit this form in the "Administrative Remedies" box.

## DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW

| Date Received: 06/05/25 | IGP #: 125-25-487 |
| Disposition: Rejected | Date of Disposition: ᵍ|ₗₗ|₂₅ |

Reason:

The request for administrative remedy fails to satisfy the procedural requirements. In accordance with A.D 9.6 section 6(a); "an inmate must attempt to seek informal resolution prior to filing a grievance. The inmate may attempt to resolve the issue verbally with the appropriate staff member or with a supervisor/manager. If the verbal communication does not resolve the issue, the inmate shall submit a written request via CN 9601, Inmate Request Form to include the date and time that the original attempt at informal resolution occurred..." This grievance is rejected, you shall have (5) calendar days to correct the defect.

| ☒ This decision is not subject to further appeal. | ☐ This matter may be appealed within 5 calendar days. |

| Staff Name Print: _____ |
| Signature: _____ | Date: _____ |

Copy



# STATE OF CONNECTICUT
## DEPARTMENT OF CORRECTION
### External Affairs Division



## FREEDOM OF INFORMATION UNIT

Ned Lamont
Governor

24 Wolcott Hill Road | Wethersfield, CT 06109
*An Affirmative Action/Equal Opportunity Employer*

Angel Quiros
Commissioner

### Reference #R003374-100925

10/09/2025

Inmate Jordan, Victor #165080

RE: FOI Records Request that I received on 10/9/2025

Dear Inmate Jordan,

This is an acknowledgement that the Department of Correction received your Freedom of Information Act request that I received on 10/9/25 requesting a copy of your RHU placement on April 30, 2025 and CCI-2025-05-014. The incident report CCI-2025-05-014 is exempt from disclosures per CGS 1-210(b)(1), due to it being open. The last part of your request about medical documents about your hunger strike must be requested through medical records not FOI. Your request has been given a reference number of #R003374-100925 for tracking purposes. You will be notified if and when documents are available.

If you have any questions, please contact my office. Thank you for your attention.

Sincerely,

Officer Kozikowski

Cheshire CI

I/m Jordan - #165080
SB2-19



# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV
04/30/2021

Inmate name: Victor L. Jordan II

Inmate number: 165080

Facility/Unit: Cheshire C.I.

Housing unit: SNU 219

Date: Oct. 22, 2025

Submitted to: F.O.I.; Kozikowski

Request: With All due respect, the Incident Report Package you produced Reference# R003374-100925, was incomplete, Re. Incident of RHU Placement of me on April 30th 2025 Regarding the Names of Individuals who were present and involved at the time of unlawful Detention, by Capt. Sass, and approximately 20 other Corr. Officers, who were present, I require all of their names and supplemental Reports A.S.A.P. for my Civil Action, I am currently drafting, And for actions already filed and or pending. I would Also like to View the Verint Video of incident 4/30/25 CCWP-25-894 I, will Subpoena, if Need be. I, await your response. Thank you.

continue on back if necessary

Previous action taken:

continue on back if necessary

Acted on by (print name):

Title:

Action taken and/or response:

RECEIVED OCT 28 2025

continue on back if necessary

Staff signature:

Date:

I/m Jordan - # 165080

SB2-19

*Unlawful Default*



# Disciplinary Report
## Connecticut Department of Correction

CN 9503/1
REV 05/21/24

| Facility/Unit: Cheshire CI | Report date: 4/30/2025 |
|---|---|
| Inmate name: Jordan, Victor | Inmate number: 165080 |

| Housing unit: SB108 | Location of incident: South Block 1 | | |
|---|---|---|---|
| Report number: | Incident date: 4/30/2025 | Incident time: 7:55 ☒ am ☐ pm | |
| Offense: Flagrant Disobedience | | Offense class: ☒ A ☐ B ☐ C | |

Description of violation: On April 30, 2025, I Officer Agosto posted as a South Block 1 Housing Officer was conducting a routine tour. While touring SB108 cell's door window was obstructed with paper. At this time, Inmate Jordan, Victor #165080 was instructed to remove the obstruction from the door window, so I can properly conduct my tour. Inmate Jordan replied with, "Fuck you, you can see enough of me." After several direct orders and redirects, Inmate Jordan repeatedly challenged this officer's authority and refused to remove the obstruction. At this time, a supervisor was called to the unit, and Inmate Jordan was escorted out of the unit. This is the reason for this Class A ticket Flagrant Disobedience. EOR

Witness(es):

Physical evidence:

| Reporting employee (print): Agosto | Title: Correction Officer |
|---|---|

Reporting employee (signature):

| Date: 4/30/2025 | Time: 12:30 | ☐ am ☒ pm | Employee requests copy: ☒ yes ☐ no |
|---|---|---|---|

### CUSTODY SUPERVISOR / UNIT MANAGER REVIEW

| ☑ Administrative Detention | Date: 4-30-25 | Time: 8²⁷ ☒ am ☐ pm |
|---|---|---|
| ☐ Accused inmate interviewed | ☐ Informal disposition | |

Custody Supervisor / Unit Manager name (print): Rinaldi

Custody Supervisor / Unit Manager signature:

| Title: CAPTAIN | Date: 4-30-25 | Time: 12⁴⁰ ☐ am ☒ pm |
|---|---|---|

### INMATE NOTICE

| Delivered by (print): Dowling | Delivered by (signature): |
|---|---|
| Title: Correction Officer | Date: 4-30-25 | Time: 12⁴⁵ ☐ am ☒ pm |

☐
- Check if inmate receiving disciplinary report is placed on a Behavioral or Mental Health Observation Status.
- If applicable, delivering officer must read the Disciplinary Report to the inmate and leave the copy at the Officers Station.
- Once a qualified mental health provider deems that the inmate can retain paper, the Disciplinary Report shall be issued to the inmate in accordance with this directive.



# Disciplinary Report
## Connecticut Department of Correction

CN 9503/2
REV 05/21/24

| Investigator: | Receipt date: | Time: | ☐ am  ☐ pm |
|---|---|---|---|

**Attempt, accessory and conspiracy:** When supported by the evidence, the offenses of attempt, accessory and conspiracy shall be deemed to be included in the substantive offense without having to be separately charged. Attempt, accessory and conspiracy shall be punishable in the same degree as if the substantive offense were committed.

## CLASS A OFFENSES

Alteration of a specimen
Arson
Assault
Assault on a DOC employee
Bribery
Contraband (dangerous instrument, escape item, unauthorized currency, drug and/or tobacco, drug and/or tobacco paraphernalia, intoxicating substance, tattoo equipment, wireless communication device or component)
Creating a disturbance
Destruction of property ($100 or more)

Escape
Escape from PCS Supervision
Falsely Reporting an Incident
Felonious misconduct
Fighting
Flagrant disobedience
Hostage holding
Hostage holding of a DOC employee
Impeding order
Interfering with safety or security
Intoxication
Possession of Sexually Explicit Materials

Public Indecency
Refusal or Removal Of an Institutional Program or Policy
Refusal to give a specimen
Refusing Housing
Riot (declaration by DOC Commissioner)
Secreting identity
Security Risk Group Affiliation
Security tampering
Self-mutilation
Sexual misconduct
Theft ($100 or more)
Threats
Violation of Program Provisions

## CLASS B OFFENSES

Bartering
Causing a disruption
Contraband (unauthorized items, items in excess of authorized amounts.

Destruction of property (under $100)
Disobeying a direct order
Gambling
Giving false information

Insulting language or behavior
Misdemeanant misconduct
Out of place
Theft (under $100)

## CLASS C OFFENSES

| Disorderly conduct | Lingering | Sanitary/housing violation | Violation of unit rules |
|---|---|---|---|

### Waiver of 24-hour Notice

I hereby waive my right to a 24-hour notice of hearing, and request that a hearing be held at the earliest convenience of the hearing officer.

| Inmate signature: | Date: |
|---|---|
| Witness signature: | Date: |

### Waiver of Appearance

I hereby waive my appearance at the disciplinary hearing. This does not constitute a guilty plea.

| Inmate signature: | Date: |
|---|---|
| Witness signature: | Date: |

### Guilty Plea

I hereby plead guilty to the charge contained in this disciplinary report. I voluntarily enter this plea and understand that my plea bars an appeal.

| Inmate signature: | Date: |
|---|---|
| Investigator/hearing officer signature: | Date: |

### Deferral of prosecution

| ☐ Prosecution deferred by Disciplinary Coordinator | Through date: |
|---|---|
| Disciplinary Coordinator signature: | Date: |
| Inmate signature: | Date: |

## Shift Commander Overview and Notification Sheet
### Connecticut Department of Correction

CN 6602
REV 10/01/18

| Report Number: CCI-2026-04-170 | | Page | 1 | of | 2 |
|---|---|---|---|---|---|

| ■ Facility/Unit: Cheshire Correction Institution | | ☐ Parole Office/Unit | |
|---|---|---|---|

| Date: 30APR25 | Time: 7:55 | ■ am | ☐ pm | Incident Class: | ☐ 1. | ☐ 2. | ■ 3. | Type: J |
|---|---|---|---|---|---|---|---|---|

Incident Location: South Block 1-08

| Prepared By: Saas, ▓▓▓ | Title: Captain |
|---|---|

### Overview and Summary (Utilize CN 6606, Incident Report Supplemental for addition Information)

Incident report package CCI-2024-05-004 was reviewed for accuracy and thoroughness. This incident report package was generated in accordance with Administrative Directive 6.6 Reporting of Incidents. On Wednesday 30APR25 at approximately 7:55 am, South Block 1 housing unit Officer ▓▓▓ Agosto summoned this writer for non-emergency assistance. Upon entering the unit, information was presented that Inmate Jordan, Victor #1658080 (SB1-08) refused to remove obstruction from his cell door window. Several attempts were made by the Officer to gain compliance, all attempts failed. Inmate Jordan escalated the situation by stating to Officer Agosto, "Fuck you, you can see me enough". I approached the cell door with several custody staff and was able to have dialogue with the inmate, informing him he would be placed in Restrictive Housing. Custody staff was able to secure the inmate without incident, and escort him to the East Block 1 housing unit. The inmate completed a proper search without incident, no contraband was found on his person. The inmate was issued proper Restrictive Housing clothing, he was secured in cell number 5 without incident. Wrist restraints were removed via the trap door. The inmate refused medical assessment (documented CCI-VP-26-776). Mental health staff were also present to speak with the inmate. A proper postlude was completed, the inmate was issued a Class "A" Disciplinary Report for Flagrant Disobedience.

### Notifications

| Duty Officer: | Date: | Time: | ☐ am ☐ pm |
|---|---|---|---|
| Unit Administrator: | Date: | Time: | ☐ am ☐ pm |
| District Administrator: | Date: | Time: | ☐ am ☐ pm |
| Deputy Commissioner: | Date: | Time: | ☐ am ☐ pm |
| Commissioner: | Date: | Time: | ☐ am ☐ pm |
| Regional Chief Operating Officer: | Date: | Time: | ☐ am ☐ pm |
| Central Office: | Date: | Time: | ☐ am ☐ pm |
| Outside Agency: | Date: | Time: | ☐ am ☐ pm |
| Police/Fire: Connecticut State Police | Date: | Time: | ☐ am ☐ pm |
| Public Information Officer: Director MCcarthy | Date: | Time: | ☐ am ☐ pm |
| CISRP Coordinator: | Date: | Time: | ☐ am ☐ pm |

### Shift Commander Signature

| Supervisor Name (Print): Saas, Robert | Title: Captain |
|---|---|
| Signature: | Date: 8May |

# Shift Commander Overview and Notification Sheet
## Connecticut Department of Correction

CN 6602
REV 10/01/18

| Report Number: CCI-2025-04-170 | | Page | 1 | of | 2 |
|---|---|---|---|---|---|

| ■ Facility/Unit: Cheshire Correction Institution | ☐ Parole Office/Unit |
|---|---|

| Date: 30APR26 | Time: 7:55 | ■ am | ☐ pm | Incident Class: | ☐ 1. | ☐ 2. | ■ 3. | Type: J |
|---|---|---|---|---|---|---|---|---|

Incident Location: South Block 1-08

| Prepared By: Saas, ███ | Title: Captain |
|---|---|

### Overview and Summary (Utilize CN 6605, Incident Report Supplemental for addition information)

Incident report package CCI-2024-05-004 was reviewed for accuracy and thoroughness. This incident report package was generated in accordance with Administrative Directive 6.6 Reporting of Incidents. On Wednesday 30APR25 at approximately 7:55 am, South Block 1 housing unit Officer ████ Agosto summoned this writer for non-emergency assistance. Upon entering the unit, information was presented that Inmate Jordan, Victor #1658080 (SB1-08) refused to remove obstruction from his cell door window. Several attempts were made by the Officer to gain compliance, all attempts failed. Inmate Jordan escalated the situation by stating to Officer Agosto, "Fuck you, you can see me enough". I approached the cell door with several custody staff and was able to have dialogue with the inmate, informing him he would be placed in Restrictive Housing. Custody staff was able to secure the inmate without incident, and escort him to the East Block 1 housing unit. The inmate completed a proper search without incident, no contraband was found on his person. The inmate was issued proper Restrictive Housing clothing, he was secured in cell number 5 without incident. Wrist restraints were removed via the trap door. The inmate refused medical assessment (documented CCI-VP-25-776). Mental health staff were also present to speak with the inmate. A proper postlude was completed, the inmate was issued a Class "A" Disciplinary Report for Flagrant Disobedience.

### Notifications

| | Date: | Time: | am/pm |
|---|---|---|---|
| Duty Officer: | | | ☐ am ☐ pm |
| Unit Administrator: | | | ☐ am ☐ pm |
| District Administrator: | | | ☐ am ☐ pm |
| Deputy Commissioner: | | | ☐ am ☐ pm |
| Commissioner: | | | ☐ am ☐ pm |
| Regional Chief Operating Officer: | | | ☐ am ☐ pm |
| Central Office: | | | ☐ am ☐ pm |
| Outside Agency: | | | ☐ am ☐ pm |
| Police/Fire: Connecticut State Police | | | ☐ am ☐ pm |
| Public Information Officer: Director MCcarthy | | | ☐ am ☐ pm |
| CISRP Coordinator: | | | ☐ am ☐ pm |

### Shift Commander Signature

| Supervisor Name (Print): Saas, Robert | Title: Captain |
|---|---|
| Signature: | Date: 8May |

# Shift Commander Overview and Notification Sheet
## Connecticut Department of Correction

CN 6602
REV 10/01/18

| Report Number: CCI-2025-04-170 | | | | Page | 2 | of | 2 |
|---|---|---|---|---|---|---|---|

| ■ Facility/Unit: Cheshire Correction Institution | □ Parole Office/Unit |
|---|---|

| Date:30APR25 | Time: 7:55 | ■ am | □ pm | Incident Class: | □ 1. | □ 2. | ■ 3. | Type: J |
|---|---|---|---|---|---|---|---|---|

Incident Location: South Block 1-08

| Prepared By: Saas, ▓ | Title: Captain |
|---|---|

### Follow-Up

| | Yes | No | N/A |
|---|---|---|---|
| If applicable, was verbal intervention successful? | ■ Yes | □ No | □ N/A |
| Did this incident involve an inmate(s) whose age is between 18-25 year old? | □ Yes | ■ No | □ N/A |
| Did this incident involve a potential privacy breach of an inmate(s) protected health information? | □ Yes | ■ No | □ N/A |

| Property damage: □ yes ■ no | - Description: N/A | Value $: N/A |
|---|---|---|

| Contraband recovered: □ yes ■ no | - Description: N/A |
|---|---|

| Physical force used: □ yes ■ no | Chemical agents used: □ yes ■ no | Restraints used: ■ yes □ no |
|---|---|---|

| Assigned to: | ■ Administrative Detention | □ Medical | □ Staggered Observation |
|---|---|---|---|
| | □ Protective Custody | □ Outside hospital: | |
| | □ Other: | | |

### Criminal Prosecution

| | YES | NO |
|---|---|---|
| If a staff member was assaulted during the incident, is criminal prosecution requested? | □ YES | □ NO |
| Did an inmate request to pursue criminal charges against another inmate? | □ YES | □ NO |
| Connecticut State Police investigation number: | | |

### Administrator Review of Supervisor Summary/Overview

Deputy Warden: *Incident report was reviewed w/ all rights to be within policy guidelines at this time.*

| Signature: ▓ | Title: D ·u·>· | Date: 5/15/202X |
|---|---|---|

| Unit Administrator: ▓ | | |
|---|---|---|

| Signature: | Title: | Date: |
|---|---|---|

| Central Office: | | |
|---|---|---|

| Signature: | Title: | Date: |
|---|---|---|

## Shift Commander Overview and Notification Sheet
### Connecticut Department of Correction

CN 6602
REV 10/01/18

| Report Number: CCI-2025-04-170 | | | | | Page | 2 | of | 2 |
|---|---|---|---|---|---|---|---|---|

| ■ Facility/Unit: Cheshire Correction Institution | □   Parole Office/Unit |
|---|---|

| Date: 30APR25 | Time: 7:56 | ■ am | □ pm | Incident Class: | □ 1. | □ 2. | ■ 3. | Type: J |
|---|---|---|---|---|---|---|---|---|

Incident Location: South Block 1-08

| Prepared By: Saas, ███ | Title: Captain |
|---|---|

### Follow-Up

| | | | |
|---|---|---|---|
| If applicable, was verbal intervention successful? | ■ Yes | □ No | □ N/A |
| Did this incident involve an inmate(s) whose age is between 18-25 year old? | □ Yes | ■ No | □ N/A |
| Did this incident involve a potential privacy breach of an inmate(s) protected health information? | □ Yes | ■ No | □ N/A |

| Property damage: □ yes ■ no | - Description: N/A | Value $: N/A |
|---|---|---|

| Contraband recovered: □ yes ■ no | - Description: N/A | |
|---|---|---|

| Physical force used: □ yes ■ no | Chemical agents used: □ yes ■ no | Restraints used: ■ yes □ no |
|---|---|---|

| Assigned to: | ■ Administrative Detention | □ Medical | □ Staggered Observation |
|---|---|---|---|
| | □ Protective Custody | □ Outside hospital: | |
| | □ Other: | | |

### Criminal Prosecution

| If a staff member was assaulted during the incident, is criminal prosecution requested? | □ YES | □ NO |
|---|---|---|
| Did an inmate request to pursue criminal charges against another inmate? | □ YES | □ NO |
| Connecticut State Police Investigation number: | | |

### Administrator Review of Supervisor Summary/Overview

Deputy Warden: _Incident report was revied ed all appw to be witin policy guelws ed this time._

| Signature: ███ | Title: _Dw_ | Date: 5/16/205 |
|---|---|---|

| Unit Administrator: | | |
|---|---|---|
| Signature: | Title: | Date: |

| Central Office: | | |
|---|---|---|
| Signature: | Title: | Date: |

1 of 6

# Incident Report
## Connecticut Department of Correction

CN 6604
REV 10/01/18

| ☐ Facility/Unit: Cheshire CI | ☐ Parole Office/Unit: |
|---|---|

| Date: 4/30/2026 | Time: 7:55 | ☒ am ☐ pm | Report Number: CCI·2025-OJ-170 |
|---|---|---|---|

| Incident Class: ☐ 1 ☐ 2 ☒ 3 | Type: J | Incident Location: South Block 1 |
|---|---|---|

| Prepared By: Agosto, ███████ | | Title: Correction Officer |
|---|---|---|

| | Inmate Name (Last & First) | ID Number | Race | Housing | Status | | Staff Name (Last & First) | Race | Title | Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Jordan, Victor | 165080 | B | SB108 | S | 1. | Agosto, Gregorio | H | C/O | RPE |
| | | | | | | 2. | Sexus, ████ | W | CPT | RS |
| 2. | | | | | | 3. | Costeel ████ | B | C/O | RSE |
| | | | | | | 4. | Shemper ████ | W | C/O | RSE |
| 3. | | | | | | 5. | Wexler ████ | W | C/O | RSE |
| | | | | | | 6. | Ouitlone ████ | W | C/O | RSE |
| 4. | | | | | | 7. | | | | |
| | | | | | | 8. | | | | |
| 5. | | | | | | 9. | | | | |
| | | | | | | 10. | | | | |
| 6. | | | | | | 11. | | | | |
| | | | | | | 12. | | | | |
| 7. | | | | | | 13. | | | | |
| | | | | | | 14. | | | | |

Status Codes: V (Victim), S (Suspect), RPE (Reporting Employee), IW (Inmate Witness), EW (Employee Witness), RSE (Responding Employee), RS (Responding Supervisor)

Race Codes: A (Asian), B (Black), H (Hispanic), N (Native American), W (White), O (Other)

Narrative: On April 30, 2025, I Officer Agosto posted as a South Block 1 Housing Officer was conducting a routine tour. While touring SB108 cell's door window was obstructed with paper. At this time, Inmate Jordan, Victor #165080 was instructed to remove the obstruction from the door window, so I can properly conduct my tour. Inmate Jordan replied with, "Fuck you, you can see enough of me." After several direct orders and redirects, Inmate Jordan repeatedly challenged this officer's authority and refused to remove the obstruction. At this time a supervisor was called to the unit, and Inmate Jordan was escorted out of the unit. EOR

| Reporting Employee Signature: | Title: Correction Officer |
|---|---|

| Report Date: 4/30/2025 | Report Time: 12:35 | ☐ am | ☒ pm |
|---|---|---|---|

1 of 6

# Incident Report
## Connecticut Department of Correction

CN 6604
REV 10/01/18

☐ Facility/Unit: Cheshire CI

☐ Parole Office/Unit:

Date: 4/30/2025 | Time: 7:55 | ☒ am ☐ pm | Report Number: CCI-2025-04-170

Incident Class: ☐ 1 ☐ 2 ☒ 3 | Type: J | Incident Location: South Block 1

Prepared By: Agosto, ███ | Title: Correction Officer

| | Inmate Name (Last & First) | ID Number | Race | Housing | Status | | Staff Name (Last & First) | Race | Title | Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Jordan, Victor | 165080 | B | SB108 | S | 1. | Agosto, Gregorio | H | C/O | RPE |
| | | | | | | 2. | Sears, ███ | W | CPT | RS |
| 2. | | | | | | 3. | Costee███ | B | C/O | RSE |
| | | | | | | 4. | Shewper███ | W | C/O | RSE |
| 3. | | | | | | 5. | Wagler███ | W | C/O | RSE |
| | | | | | | 6. | Outtere███ | W | C/O | RSE |
| 4. | | | | | | 7. | | | | |
| | | | | | | 8. | | | | |
| 5. | | | | | | 9. | | | | |
| | | | | | | 10. | | | | |
| 6. | | | | | | 11. | | | | |
| | | | | | | 12. | | | | |
| 7. | | | | | | 13. | | | | |
| | | | | | | 14. | | | | |

Status Codes: V (Victim), S (Suspect), RPE (Reporting Employee), IW (Inmate Witness), EW (Employee Witness), RSE (Responding Employee), RS (Responding Supervisor)

Race Codes: A (Asian), B (Black), H (Hispanic), N (Native American), W (White), O (Other)

Narrative: On April 30, 2025, I Officer Agosto posted as a South Block 1 Housing Officer was conducting a routine tour. While touring SB108 cell's door window was obstructed with paper. At this time, Inmate Jordan, Victor #165080 was instructed to remove the obstruction from the door window, so I can properly conduct my tour. Inmate Jordan replied with, "Fuck you, you can see enough of me." After several direct orders and redirects, Inmate Jordan repeatedly challenged this officer's authority and refused to remove the obstruction. At this time a supervisor was called to the unit, and Inmate Jordan was escorted out of the unit. EOR

Reporting Employee Signature: ___ | Title: Correction Officer

Report Date: 4/30/2025 | Report Time: 12:35 | ☐ am | ☒ pm



# Incident Report – Supplemental
## Connecticut Department of Correction

CN 6605
REV 10/01/18

| Report Number: CCI-2025-04-170 | Page 2 of 6 |
|---|---|

| ☑ Facility/Unit: Cheshire Correctional Institution | ☐ Parole Office/Unit: |
|---|---|

| Date of Incident: 30APR25 | Time of Incident : 7:55 | ☑ am ☐ pm |
|---|---|---|

Incident Location: South Block 1-08

| Prepared By: Saas, ▮▮▮ | Title: Captain |
|---|---|

Narrative: On Wednesday 30April2025 at approximately 7:55 am, Officer ▮▮▮ Agosto contacted this writer via hand held radio asking for non-emergency assistance in the South Block 1 housing unit. Upon entering the unit, housing Officer Agosto explained to me that while he was conducting a routine tour, inmate Jordan, Victor #165080 (SB1-8) was instructed several times to remove several obstructions from the door window. Inmate Jordan failed to comply with the direction provided to him, escalating the situation by stating "Fuck you, you can see enough of me". Officer Agosto again directed the inmate to remove the obstructions, which are a safety and security issue, continued to challenge the authority of Officer Agosto and continuing to escalate the situation. Inmate Jordan disobeyed a clearly stated order that challenged the authority of staff, jeopardizing the safety or security and orderly operation of the housing unit as Officer Agosto had to delay his tour to address the violation. Officer Agosto was attempting to ensure his official duties were completed, verifying no issues were happening inside the cell. Inmate Jordan's actions and failure to comply with staff direction resulted in this writer approaching his cell.

Upon approaching the assigned cell of inmate Jordan, I observed his cell door window still obstructed. I was able to have verbal dialogue with the inmate, ensuring inmate Jordan was not in imminent distress or harm. It should be noted that inmate Jordan was the only inmate assigned to that cell. Several staff custody staff members were also present during this interaction. I provided the inmate with clear verbal direction to remove the obstruction which he eventually did, per my direction I informed the block Officers to unsecure the cell door in order to place inmate Jordan in wrist restraints. Officer ▮▮▮ Casteel was assigned as the camera operator to document the housing placement. After a brief conversation with inmate Jordan, he obeyed direction to allow staff to place him in wrist restraints, Officer ▮▮▮ Ovitorre secured the inmate with wrist restraints securing the right side of the inmate during the process. Officer ▮▮▮ Wagner secured the left side. Both Officers utilized a rear wristlock escorting position during the housing placement. Inmate Jordan was following staff direction to remain compliant, but was continuously using foul language directed at staff during the housing placement. The inmate was escorted to the East Block 1 dayroom in order to complete the proper search protocols for the housing placement, this was completed without issue. No contraband was discovered on his person. The inmate was issued a clean red Restrictive Housing jumpsuit, state issued footwear, socks, underwear and t-shirt. Once the inmate was dressed, wrist restraints were re-applied and the inmate was escorted by custody staff to cell number 5 and secured. Wrist restraints were removed via the trap door. Medical staff attempted a post restraint check and assessment, inmate Jordan refused the assessment. Mental health staff were also present, they spoke with the inmate after I completed the proper sign off procedure.

The inmate was issued a Class "A" Disciplinary Report for Flagrant Disobedience. Upon completing the housing unit placement, I returned to my Official Duties and reported to the morning meeting, I was approximately eight and a half minutes late.

| Reporting Employee Name (Print): Saas, ▮▮▮ | Title: Captain |
|---|---|

| Signature: ▮▮▮ | |
|---|---|

| Report Date: 9May25 | Report Time: 4:10 | ☑ am ☐ pm |
|---|---|---|

| Type of Report | ☐ Individual | ☑ Supervisor Summary |
|---|---|---|



# Incident Report – Supplemental
## Connecticut Department of Correction

CN 6605
REV 10/01/18

| Report Number: CCI-2025-04-170 | Page | 2 | of | 6 |
|---|---|---|---|---|

| ■ Facility/Unit: Cheshire Correctional Institution | ☐ Parole Office/Unit: |
|---|---|

| Date of Incident: 30APR25 | Time of Incident : 7:55 | ■ am ☐ pm |
|---|---|---|

Incident Location: South Block 1-08

| Prepared By:  Saas, ■■■■ | Title:    Captain |
|---|---|

Narrative: On Wednesday 30April2025 at approximately 7:55 am, Officer ■■■■ Agosto contacted this writer via hand held radio asking for non-emergency assistance in the South Block 1 housing unit. Upon entering the unit, housing Officer Agosto explained to me that while he was conducting a routine tour, inmate Jordan, Victor #165080 (SB1-8) was instructed several times to remove several obstructions from the door window. Inmate Jordan failed to comply with the direction provided to him, escalating the situation by stating "Fuck you, you can see enough of me". Officer Agosto again directed the inmate to remove the obstructions, which are a safety and security issue, continued to challenge the authority of Officer Agosto and continuing to escalate the situation. Inmate Jordan disobeyed a clearly stated order that challenged the authority of staff, jeopardizing the safety or security and orderly operation of the housing unit as Officer Agosto had to delay his tour to address the violation. Officer Agosto was attempting to ensure his official duties were completed, verifying no issues were happening inside the cell. Inmate Jordan's actions and failure to comply with staff direction resulted in this writer approaching his cell.

Upon approaching the assigned cell of inmate Jordan, I observed his cell door window still obstructed. I was able to have verbal dialogue with the inmate, ensuring inmate Jordan was not in imminent distress or harm. It should be noted that inmate Jordan was the only inmate assigned to that cell. Several staff custody staff members were also present during this interaction. I provided the inmate with clear verbal direction to remove the obstruction which he eventually did, per my direction I informed the block Officers to unsecure the cell door in order to place inmate Jordan in wrist restraints. Officer ■■■■ Casteel was assigned as the camera operator to document the housing placement. After a brief conversation with inmate Jordan, he obeyed direction to allow staff to place him in wrist restraints, Officer ■■■■ Ovilorra secured the inmate with wrist restraints securing the right side of the inmate during the process. Officer ■■■■ Wagner secured the left side. Both Officers utilized a rear wristlock escorting position during the housing placement. Inmate Jordan was following staff direction to remain compliant, but was continuously using foul language directed at staff during the housing placement. The inmate was escorted to the East Block 1 dayroom in order to complete the proper search protocols for the housing placement, this was completed without issue. No contraband was discovered on his person. The inmate was issued a clean red Restrictive Housing jumpsuit, state issued footwear, socks, underwear and t-shirt. Once the inmate was dressed, wrist restraints were re-applied and the inmate was escorted by custody staff to cell number 5 and secured. Wrist restraints were removed via the trap door. Medical staff attempted a post restraint check and assessment, inmate Jordan refused the assessment. Mental health staff were also present, they spoke with the inmate after I completed the proper sign off procedure.

The inmate was issued a Class "A" Disciplinary Report for Flagrant Disobedience. Upon completing the housing unit placement, I returned to my Official Duties and reported to the morning meeting, I was approximately eight and a half minutes late.

| Reporting Employee Name (Print):  Saas, ■■■■ | Title: Captain |
|---|---|
| Signature: ■■■■ | |
| Report Date:  9May25 | Report Time: 4:10 | ■ am ☐ pm |
| Type of Report | ☐ Individual | ■ Supervisor Summary |

# Incident Report – Supplemental
## Connecticut Department of Correction

CN 6605
REV 10/01/18

Report Number: CCI -2025-04-170      Page 3   of 6

☒ Facility/Unit: Cheshire Correctional Institution     ☐ Parole Office/Unit:

Date of Incident: 4/30/2025     Time of Incident : 755     ☒ am ☐ pm

Incident Location: South Block 1

Prepared By: Ovittore,█     Title: Correctional Officer

**Narrative:**
On 4/30/2025 at approximately 8:19am I Officer Ovittore posted as Activity█ reported to South Block 1 (SB1) for the Restrictive Housing Unit (RHU) placement of Inmate Jordan, Victor # 165080. This Officer placed wrist restraints (handcuffs) onto Inmate Jordan and secured his right side utilizing the rear wrist lock escort position as he was from SB1 to RHU. Upon arrival to RHU Inmate Jordan complied with the mandatory intake strip search resulting in negative findings. Inmate Jordan was then escorted and secured in East Block 1-05 cell where he was cleared by medical for placement.

Reporting Employee Name (Print): Ovittore,█     Title: Correctional Officer

Signature: █

Report Date: 4/30/2025     Report Time: 8:40     ☒ am ☐ pm

Type of Report:     ☒ Individual     ☐ Supervisor Summary

# Incident Report – Supplemental
## Connecticut Department of Correction

CN 6605
REV 10/01/18

| Report Number: CCJ-2025-04-170 | Page 3 of 6 |
|---|---|

☒ Facility/Unit:  Cheshire Correctional Institution

☐ Parole Office/Unit:

Date of Incident: 4/30/2025

Time of Incident : 755

☑ am  ☐ pm

Incident Location: South Block 1

| Prepared By: Ovittore, ▮▮▮▮ | Title: Correctional Officer |
|---|---|

**Narrative:**
  On 4/30/2025 at approximately 8:19am I Officer Ovittore posted as Activity▮ reported to South Block 1 (SB1) for the Restrictive Housing Unit (RHU) placement of inmate Jordan, Victor # 165080. This Officer placed wrist restraints (handcuffs) onto inmate Jordan and secured his right side utilizing the rear wrist lock escort position as he was from SB1 to RHU. Upon arrival to RHU inmate Jordan complied with the mandatory intake strip search resulting in negative findings. Inmate Jordan was then escorted and secured in East Block 1-05 cell where he was cleared by medical for placement.

| Reporting Employee Name (Print): Ovittore, ▮▮▮▮ | Title: Correctional Officer |
|---|---|

Signature: ▮▮▮▮

| Report Date: 4/30/2026 | Report Time: 8:40 | ☒ am  ☐ pm |
|---|---|---|

| Type of Report: | ☒ Individual | ☐ Supervisor Summary |
|---|---|---|

# Incident Report – Supplemental
## Connecticut Department of Correction

CN 6605
REV 10/01/18

| Report Number: ccJ-2025-04-175 | | Page | 4 | of | 6 |
|---|---|---|---|---|---|

☒ Facility/Unit: Cheshire Correctional Institution          ☐ Parole Office/Unit: N/A

Date of Incident: 4/30/2025          Time of Incident: 755          ☒ am ☐ pm

Incident Location: South Block 1

Prepared By: Wagner, ███          Title: Correctional Officer

On April 30, 2025 at approximately 8:19am, I officer Wagner responded to South Block 1 under the direction of Capt. Sass. Upon my arrival in the unit, I was tasked with assisting in the escort of inmate Jordan, Victor #165080 to the Restrictive Housing Unit. Inmate Jordan was secured in wrist restraints and then escorted to the dayroom of RHU. During the escort, this officer utilized a rear wristlock escort position to secure inmate Jordan's left side. Inmate Jordan was strip-searched (negatives findings) in the dayroom, then secure in 5 cell with no further incident.

Reporting Employee Name: Wagner, ███          Title: Correctional Officer

Signature ███

Report Date: 4/30/2025          Report Time: 8:44          ☒ am ☐ pm

Type of Report:          ☒ Individual          ☐ Supervisor Summary

# Incident Report – Supplemental
## Connecticut Department of Correction

CN 6605
REV 10/01/18

| Report Number: CCJ-2025-04-170 | | Page | 4 | of | 6 |
|---|---|---|---|---|---|

☒ Facility/Unit: Cheshire Correctional Institution | ☐ Parole Office/Unit: N/A

Date of Incident: 4/30/2025 | Time of Incident: 755 | ☒ am ☐ pm

Incident Location: South Block 1

Prepared By: Wagner, ▓▓▓ | Title: Correctional Officer

On April 30, 2025 at approximately 8:19am, I officer Wagner responded to South Block 1 under the direction of Capt. Sass. Upon my arrival in the unit, I was tasked with assisting in the escort of inmate Jordan, Victor #165080 to the Restrictive Housing Unit. Inmate Jordan was secured in wrist restraints and then escorted to the dayroom of RHU. During the escort, this officer utilized a rear wristlock escort position to secure inmate Jordan's left side. Inmate Jordan was strip-searched (negatives findings) in the dayroom, then secure in 5 cell with no further incident.

Reporting Employee Name: Wagner, ▓▓▓ | Title: Correctional Officer

Signature ▓▓▓▓▓▓

Report Date: 4/30/2025 | Report Time: 8:44 | ☒ am ☐ pm

Type of Report: | ☒ Individual | ☐ Supervisor Summary

## Incident Report – Supplemental
### Connecticut Department of Correction

CN 6605
REV 10/01/18

| Report Number: CCI -2025-04-170 | | Page 5 | of 6 |
|---|---|---|---|

☒ Facility/Unit: Cheshire Correctional Institution    ☐ Parole Office/Unit: N/A

Date of Incident: 4/30/25    Time of Incident : 7:55    ☒ am ☐ pm

Incident Location: South block 1

Prepared By: Casteel,    Title:   Correction Officer

On 4/30/25 I officer Casteel was the camera operator for the escort of inmate Jordan,Victor #165080 from South block 1 to RHU . Inmate Jordan was placed in routine wrist restraints, He was then escorted to RHU where he underwent the RHU intake process. This includes a strip search with negative findings and to be evaluated by Medical/Mental Health. Inmate Jordan declined his medical assessment but was seen by Mental health. Inmate Jordan was secured in EB1 cell 5 without issue.

Reporting Employee Name : Casteel    Title: Correctional Officer

Signature: Casteel

Report Date : 4/30/25    Report Time: 8:45    ☒ am ☐ pm

Type of Report:    ☒ Individual    ☐ Supervisor Summary



# Incident Report – Supplemental
## Connecticut Department of Correction

CN 6605
REV 10/01/18

| Report Number: CCI -2025-04-170 | | Page 5 | of 6 |
|---|---|---|---|

☒ Facility/Unit: Cheshire Correctional Institution     ☐ Parole Office/Unit: N/A

Date of Incident: 4/30/25     Time of Incident: 7:55     ☒ am ☐ pm

Incident Location: South block 1

Prepared By: Casteel,     Title:   Correction Officer

On 4/30/25 I officer Casteel was the camera operator for the escort of inmate Jordan, Victor #165080 from South block 1 to RHU . Inmate Jordan was placed in routine wrist restraints, He was then escorted to RHU where he underwent the RHU intake process. This includes a strip search with negative findings and to be evaluated by Medical/Mental Health. Inmate Jordan declined his medical assessment but was seen by Mental health. Inmate Jordan was secured in EB1 cell 5 without issue.

Reporting Employee Name : Casteel     Title: Correctional Officer

Signature: Castn

Report Date : 4/30/25     Report Time: 8:45     ☒ am ☐ pm

Type of Report:     ☒ Individual     ☐ Supervisor Summary

# Incident Report -- Supplemental
## Connecticut Department of Correction

CN 6605
REV 10/01/18

| Report Number: CCJ-2025-04-170 | Page | 6 | of | 6 |
|---|---|---|---|---|

☒ Facility/Unit: Cheshire C.I.　　　　　☐ Parole Office/Unit: N/A

Date of Incident: 4-30-25　　　　Time of Incident : 755　　☒ am ☐ pm

Incident Location: SB108

Prepared By:  Shamper, ▮▮▮　　　Title:  Correction Officer

Narrative: On 4-30-25 I Officer Shamper inventoried and packed the property of Inmate Jordan, Victor #165808. A property matrix was completed. Inmate Jordan's property was brought to A&P for safe storage. Inmate Jordan refused to sign the property matrix.

Reporting Employee Name (Print):  Shamper ▮▮▮　　　Title: Correction Officer

Signature: ▮▮▮

Report Date:  4-30-25　　　Report Time: 10:55　　☒ am ☐ pm

Type of Report　　　☒ Individual　　　☐ Supervisor Summary

# Incident Report – Supplemental
## Connecticut Department of Correction

CN 6605
REV 10/01/18

| Report Number: CCJ-2025-04-170 | Page 6 of 6 |
|---|---|

☒ Facility/Unit: Cheshire C.I.    ☐ Parole Office/Unit: N/A

Date of Incident: 4-30-25    Time of Incident: 755    ☒ am ☐ pm

Incident Location: SB108

Prepared By: Shamper, ▮    Title: Correction Officer

Narrative; On 4-30-25 I Officer Shamper inventoried and packed the property of Inmate Jordan, Victor #165808. A property matrix was completed. Inmate Jordan's property was brought to A&P for safe storage. Inmate Jordan refused to sign the property matrix.

Reporting Employee Name (Print): Shamper ▮    Title: Correction Officer

Signature: ▮

Report Date: 4-30-25    Report Time: 10:55    ☒ am ☐ pm

Type of Report    ☒ Individual    ☐ Supervisor Summary

## Cheshire Correctional Institution

Medical Incident Report

April 30, 2025
Page 1

**VICTOR JORDAN**    INMATE ID #: 00165080    53 Years Old
**DOB:** 11/27/1971    **Race:** Unspecified    **Gender:** Male
**LOC:** ▮▮▮▮▮    **Med Score:** ▮    **Sub Score:** .....    **MH Score:** ▮    **Sub Score:** ....

**04/30/2025 - Medical Incident Report: Medical Incident Report**
**Provider:** ▮▮▮▮▮ Lokos RN
**Location of Care: Cheshire Correctional Institution**

**Encounter Context**
**Facility at time of evaluation:** Cheshire Correctional Institution
**Age at Time:** 53 Years Old

## Medical Incident Report

CN-6606
REV 10/01/18
Time of Incident: 8:30 AM
Incident report submitted: ___Yes___        Report number: ___CCI-2025-04-170___
**Medical Staff Name:** ▮▮▮ Lokos RN

**Treatment location:** Restricted Housing Unit/Segregation
**Injury description:** Inmate refused assessment
**Assessment:** Inmate refused assessment
**Treatment administered:** RHU placement
**Required follow-up:** Medical / Mental Health as needed
**Observation/Remarks:** Inmate refusing all nursing interaction at this time. Mental Health on scene.

Chemical Agent Review Prior to Planned Use of Force

The offender's health record was reviewed prior to planned use of force. There were no contraindications noted regarding or precluding the use of chemical agents such as history of cardiac or respiratory condition, eye condition under active treatment, or documented prior severe and unexpected reaction to chemical agents.

Known contraindications based on review of health record? N/A

## Placement after treatment:  Inmate is cleared for Restrictive Housing Placement

**Patient Signature**        _Refused to Sign_
                             Signature                           Date

**Medical Staff Signature:**     ▮▮▮▮▮ /RN            ___4/30/25___
                             Signature                           Date

**Custody Supervisor Signature:**                      _30APR25_
                             Signature                           Date

## RHU Placement Health Evaluation

**Cheshire Correctional Institution**
Medical Incident Report

April 30, 2025
Page 1

**VICTOR JORDAN**    INMATE ID #: 00165080    53 Years Old
DOB: 11/27/1971    Race: Unspecified    Gender: Male
LOC: ████████    Med Score: █    Sub Score: .....    MH Score: █    Sub Score: ....

04/30/2025 - Medical Incident Report: Medical Incident Report
Provider: ██████████ Lokos RN
Location of Care: Cheshire Correctional Institution

**Encounter Context**
Facility at time of evaluation: Cheshire Correctional Institution
Age at Time: 53 Years Old

**Medical Incident Report**

CN-6606
REV 10/01/18
Time of Incident: 8:30 AM
Incident report submitted: _____Yes_____    Report number: _CI·2025-04·170_
**Medical Staff Name:** ████Lokos RN

**Treatment location:** Restricted Housing Unit/Segregation
**Injury description:** Inmate refused assessment
**Assessment:** Inmate refused assessment
**Treatment administered:** RHU placement
**Required follow-up:** Medical / Mental Health as needed
**Observation/Remarks:** Inmate refusing all nursing interaction at this time. Mental Health on scene.

Chemical Agent Review Prior to Planned Use of Force

The offender's health record was reviewed prior to planned use of force. There were no contraindications noted regarding or precluding the use of chemical agents such as history of cardiac or respiratory condition, eye condition under active treatment, or documented prior severe and unexpected reaction to chemical agents.

Known contraindications based on review of health record? N/A

**Placement after treatment: Inmate is cleared for Restrictive Housing Placement**

**Patient Signature**    Refused to Sign
                         Signature                              Date

**Medical Staff Signature:** ████████████ RN
                                                                4/30/25
                             Signature                          Date

**Custody Supervisor Signature:**                               30APR25
                             Signature                          Date

**RHU Placement Health Evaluation**



# Use of Force Report
## Connecticut Department of Correction

CN 6501
REV 10/18/2018

| Provide responses to all of the following: (If necessary, utilize CN6005 Incident Report: Supplemental for further details). | | |
|---|---|---|
| Date of Incident: 30APR25 | Time of Incident: 7:55 am | Incident Report Number: CCI-2025-04-170 |
| Inmate Name: Jordan, Victor | Inmate Number: 165080 | Location of Incident: South Block 1-08 |

**Purpose for using force (Check all that apply):**
- ☐ To Defend Self/Another
- ☑ To Maintain Safety/Security/Order
- ☐ To Prevent Escape
- ☐ Inmate Self Harm
- ☑ Other (Describe below in detail)

**Describe in detail purpose of using force:** Inmate Jordan, Victor #165080 South Block 1-08 placed in Restrictive Housing for Flagrant Disobedience.

**Nature of Threat (Check all that apply):**
- ☑ Immediate (actively happening)
- ☐ Imminent (about to happen)
- ☑ Anticipated (expected to happen)

**Identify highest level of threat:**
- ☐ Passive Resistance: (Dead weight or non-compliance to Officer's lawful verbal direction, but offering no actively resistive movement)
- ☐ Active Resistance: (Actions such as pushing, pulling, evasive arm movement, flailing, flight, muscle tension, etc. to avoid control. Does not attempt to harm the Officer)
- ☐ Assaultive (non-deadly): (Agitated, combative state, physically assaultive actions and/or behavior that poses threat of injury to another (e.g., punching, kicking, clenching of fists, etc.)
- ☐ Life Threatening/ Serious Bodily Injury: (Actions that may result in death or serious bodily injury)
- ☑ Other (Must describe): No immediate threat towards staff. Inmate was compliant throughout process.

**Describe in detail the nature of the highest threat level:** Inmate Jordan was placed in Restrictive Housing for Flagrant Disobedience. The inmate remained compliant during the Restrictive Housing placement, but continuously used abusive (foul) language towards staff.

**Efforts made to avoid or minimize use of force (Describe in detail):** Verbal direction was provided to Inmate Jordan. During the housing placement, the inmate was continuously provided direction, staff utilized de-escalation skills and did not engage the inmate even though he was verbally abusing them.

**Force utilized (Check all that apply):**
- ☑ Cooperative Control Holds
- ☐ Nerve Compression(s)
- ☑ Mechanical restraints
- ☐ Personal Weapon(s) Strikes
- ☐ Chemical Agent Deployment
- ☐ Impact Weapon
- ☐ Firearm(s)
- ☐ Canine
- ☐ Other:

**Describe in detail the progression of force utilized during incident:** No force was utilized by staff.

**Describe in detail outcome of use of force:** The inmate was secured inn Restrictive Housing cell number 5, he received a Class "A" Disciplinary Report for Flagrant Disobedience

| Name (Print): Saas, ▮▮▮ | Signature: ▮▮▮ | Title: Captain | Date of Report: 9May25 |
|---|---|---|---|
| Reviewing Supervisor Name (Print) | Signature: ▮▮▮ | Title: Captain | Date of Review: |

**Staff Acknowledgement:** The signatures on this document acknowledge that this report has been completed in its entirety and reviewed as an accurate account of the Use of Force being reported.



# Use of Force Report
## Connecticut Department of Correction

CN 6501
REV 10/18/2018

**Provide responses to all of the following. (If necessary, utilize CN9806 Incident Report - Supplemental for further details).**

| | |
|---|---|
| Date of Incident: 30APR25 | Time of Incident: 7:55 am | Incident Report Number: CCI-2025-04-170 |

| | | |
|---|---|---|
| Inmate Name: Jordan, Victor | Inmate Number: 165080 | Location of Incident: South Block 1-08 |

**Purpose for using force (Check all that apply):**
- ☐ To Defend Self/Another
- ☑ To Maintain Safety/Security/Order
- ☐ To Prevent Escape
- ☐ Inmate Self Harm
- ☑ Other (Describe below in detail)

**Describe in detail purpose of using force:**
Inmate Jordan, Victor #165080 South Block 1-08 placed in Restrictive Housing for Flagrant Disobedience.

**Nature of Threat (Check all that apply):**
- ☑ Immediate (actively happening)
- ☐ Imminent (about to happen)
- ☑ Anticipated (expected to happen)

**Identify highest level of threat:**
- ☐ Passive Resistance: (Dead weight or non-compliance to Officer's lawful verbal direction, but offering no actively resistive movement)
- ☐ Active Resistance: (Actions such as pushing, pulling, evasive arm movement, flailing, flight, muscle tension, etc. to avoid control. Does not attempt to harm the Officer)
- ☐ Assaultive (non-deadly): (Agitated, combative state, physically assaultive actions and/or behavior that poses threat of injury to another (e.g., punching, kicking, clenching of fists, etc.)
- ☐ Life Threatening/ Serious Bodily Injury: (Actions that may result in death or serious bodily injury)
- ☑ Other (Must describe): No immediate threat towards staff. Inmate was compliant throughout process.

**Describe in detail the nature of the highest threat level:**
Inmate Jordan was placed in Restrictive Housing for Flagrant Disobedience. The Inmate remained compliant during the Restrictive Housing placement, but continuously used abusive (foul) language towards staff.

**Efforts made to avoid or minimize use of force (Describe in detail):**
Verbal direction was provided to Inmate Jordan. During the housing placement, the Inmate was continuously provided direction, staff utilized de-escalation skills and did not engage the inmate even though he was verbally abusing them.

**Force utilized (Check all that apply):**
- ☑ Cooperative Control Holds
- ☐ Nerve Compression(s)
- ☑ Mechanical restraints
- ☐ Personal Weapon(s) Strikes
- ☐ Chemical Agent Deployment
- ☐ Impact Weapon
- ☐ Firearm(s)
- ☐ Canine
- ☐ Other:

**Describe in detail the progression of force utilized during incident:**
No force was utilized by staff.

**Describe in detail outcome of use of force:**
The inmate was secured inn Restrictive Housing cell number 5, he received a Class "A" Disciplinary Report for Flagrant Disobedience

| | | | |
|---|---|---|---|
| Name (Print): Saas, ▮▮▮ | Signatur ▮▮▮ | Title: Captain | Date of Report:9May25 |
| Reviewing Supervisor Name (Print) | Signature: ▮▮▮ | Title: ▮▮▮ | Date of Review: ▮▮▮ |

| | |
|---|---|
| Staff Acknowledgement: | The signatures on this document acknowledge that this report has been completed in its entirety and reviewed as an accurate account of the Use of Force being reported. |



## Use of Force Report
### Connecticut Department of Correction

CN 6501
REV 10/18/2018

| Provide responses to all of the following: (If necessary, utilize CN6806, Incident Report- Supplemental, for further details). | | |
|---|---|---|
| Date of Incident: 04/30/25 | Time of Incident: 7:55 AM | Incident Report Number: CCI-2025-04-170 |
| Inmate Name: Jordan, Victor | Inmate Number: 165080 | Location of Incident: East Block stairwell |

| Purpose for using force (Check all that apply): | ☐ To Defend Self/Another | | ☒ To Maintain Safety/Security/Order | |
|---|---|---|---|---|
| | ☐ To Prevent Escape ? | ☐ Inmate Self Harm | ☐ Other (Describe below in detail) | |

**Describe in detail purpose of using force:** The escort of inmate Jordan from SB1 to RHU

**Nature of Threat: (Check all that apply)** ☐ Immediate (actively happening)   ☐ Imminent (about to happen)   ☒ Anticipated (expected to happen)

**Identify highest level of threat:**

☐ Passive Resistance:
(Dead weight or non-compliance to Officer's lawful verbal direction, but offering no actively resistive movement)

☐ Active Resistance:
(Actions such as pushing, pulling, evasive arm movement, flailing, flight, muscle tension, etc. to avoid control. Does not attempt to harm the Officer)

☐ Assaultive (non-deadly):
(Agitated, combative state, physically assaultive actions and/or behavior that poses threat of injury to another (e.g., punching, kicking, clenching of fists, etc.)

☐ Life Threatening/ Serious Bodily Injury:
(Actions that may result in death or serious bodily injury)

☐ Other (Must describe):

**Describe in detail the nature of the highest threat level:** Inmate was compliant

**Efforts made to avoid or minimize use of force (Describe in detail):** Verbal direction given.

**Force utilized (Check all that apply):**

| ☒ Cooperative Control Holds | ☐ Nerve Compression(s) | ☒ Mechanical restraints |
|---|---|---|
| ☐ Personal Weapon(s) Strikes | ☐ Chemical Agent Deployment | ☐ Impact Weapon |
| ☐ Firearm(s) | ☐ Canine | ☐ Other: |

**Describe in detail the progression of force utilized during incident:**
- Inmate Jordan was placed in routine wrist restraints
- He was escorted to RHU
- Inmate Jordan underwent the RHU intake process which includes a strip search with negative findings
- He Declined Medicals evaluation
- Inmate Jordan was seen by mental health after being secured in RHU cell 5

**Describe in detail outcome of use of force:** Inmate was secured in cell 05 in RHU without further issue.

| Name (Print): Casteel | Signature: | Title: C/O | Date of Report: 04/30/25 |
|---|---|---|---|
| Reviewing Supervisor Name (Print) | Signature: | Title: CPT | Date of Review: |

**Staff Acknowledgement:** The signatures on this document acknowledge that this report has been completed in its entirety and reviewed as an accurate account of the Use of Force being reported.



## Use of Force Report
### Connecticut Department of Correction

CN 6501
REV 10/18/2018

| Provide responses to all of the following: *(If necessary, utilize CN6606, Incident Report- Supplemental, for further details).* | | | |
|---|---|---|---|
| Date of Incident: 04/30/25 | Time of Incident: 7:55AM | | Incident Report Number: CCI-2025-04-170 |
| Inmate Name: Jordan,Victor | Inmate Number: 165080 | | Location of Incident: East Block stairwell |

| Purpose for using force (Check all that apply): | ☐ To Defend Self/Another | | ☒ To Maintain Safety/Security/Order | |
|---|---|---|---|---|
| | ☐ To Prevent Escape ? | | ☐ Inmate Self Harm | ☐ Other (Describe below in detail) |

| Describe in detail purpose of using force: | The escort of Inmate Jordan from SB1 to RHU |
|---|---|

| Nature of Threat: (Check all that apply) | ☐ Immediate (actively happening) | ☐ Imminent (about to happen) | ☒ Anticipated (expected to happen) |
|---|---|---|---|

| Identify highest level of threat: | ☐ Passive Resistance: (Dead weight or non-compliance to Officer's lawful verbal direction, but offering no actively resistive movement) | ☐ Active Resistance: (Actions such as pushing, pulling, evasive arm movement, flailing, flight, muscle tension, etc. to avoid control. Does not attempt to harm the Officer) |
|---|---|---|
| | ☐ Assaultive (non-deadly): (Agitated, combative state, physically assaultive actions and/or behavior that poses threat of injury to another (e.g., punching, kicking, clenching of fists, etc.) | ☐ Life Threatening/ Serious Bodily Injury: (Actions that may result in death or serious bodily injury) |
| | ☐ Other (Must describe): | |

| Describe in detail the nature of the highest threat level: | Inmate was compliant |
|---|---|

| Efforts made to avoid or minimize use of force (Describe in detail): | Verbal direction given. |
|---|---|

| Force utilized (Check all that apply): | ☒ Cooperative Control Holds | ☐ Nerve Compression(s) | ☒ Mechanical restraints |
|---|---|---|---|
| | ☐ Personal Weapon(s) Strikes | ☐ Chemical Agent Deployment | ☐ Impact Weapon |
| | ☐ Firearm(s) | ☐ Canine | ☐ Other: |

| Describe in detail the progression of force utilized during incident: | <ul><li>Inmate Jordan was placed in routine wrist restraints</li><li>He was escorted to RHU</li><li>Inmate Jordan underwent the RHU intake process which includes a strip search with negative findings</li><li>He Declined Medicals evaluation</li><li>Inmate Jordan was seen by mental health after being secured in RHU cell 5</li></ul> |
|---|---|

| Describe in detail outcome of use of force: | Inmate was secured in cell 05 in RHU without further issue. |
|---|---|

| Name (Print): Casteel ▇ | Signature: _Cu(fon_ | Title: C/O | Date of Report: 04/30/25 |
|---|---|---|---|
| Reviewing Supervisor Name (Print) Staus ▇ | Signature: _/Ub_ | Title: CPT | Date of Review: 9/May/25 |

| Staff Acknowledgement: | The signatures on this document acknowledge that this report has been completed in its entirety and reviewed as an accurate account of the Use of Force being reported. |
|---|---|



# Use of Force Report
## Connecticut Department of Correction

CN 6501
REV 10/18/2018

| Provide responses to all of the following: *(If necessary, utilize CN6605, Incident Report- Supplemental, for further details).* | | |
|---|---|---|
| Date of Incident: 4/30/2025 | Time of Incident: 755AM | Incident Report Number: CCI-2025-04-170 |
| Inmate Name: Jordan, Victor | Inmate Number: 165080 | Location Of Incident: South Block 1 |

| Purpose for using force (Check all that apply): | ☐ To Defend Self/Another | | ☒ To Maintain Safety/Security/Order | |
|---|---|---|---|---|
| | ☐ To Prevent Escape | | ☐ Inmate Self Harm | ☐ Other (Describe below in detail) |

| Describe in detail purpose of using force: | Restrictive Housing Unit placement of inmate Jordan, Victor # 165080 from South Block 1 (SB1) to RHU. |
|---|---|

| Nature of Threat: (Check all that apply) | ☐ Immediate (actively happening) | ☐ Imminent (about to happen) | ☒ Anticipated (expected to happen) |
|---|---|---|---|

| Identify highest level of threat: | ☐ Passive Resistance:<br>(Dead weight or non-compliance to Officer's lawful verbal direction, but offering no actively resistive movement) | ☐ Active Resistance:<br>(Actions such as pushing, pulling, evasive arm movement, flailing, flight, muscle tension, etc. to avoid control. Does not attempt to harm the Officer) |
|---|---|---|
| | ☐ Assaultive (non-deadly):<br>(Agitated, combative state, physically assaultive actions and/or behavior that poses threat of injury to another (e.g., punching, kicking, clenching of fists, etc.) | ☐ Life Threatening/ Serious Bodily Injury:<br>(Actions that may result in death or serious bodily injury) |
| | ☒ Other (Must describe): Inmate Jordan was compliant with staff direction. | |

| Describe in detail the nature of the highest threat level: | Inmate Jordan was compliant with verbal direction. |
|---|---|

| Efforts made to avoid or minimize use of force (Describe in detail): | Verbal direction was given by staff. |
|---|---|

| Force utilized (Check all that apply): | ☒ Cooperative Control Holds | ☐ Nerve Compression(s) | ☒ Mechanical restraints |
|---|---|---|---|
| | ☐ Personal Weapon(s) Strikes | ☐ Chemical Agent Deployment | ☐ Impact Weapon |
| | ☐ Firearm(s) | ☐ Canine | ☐ Other: |

| Describe in detail the progression of force utilized during incident: | On 4/30/2025 at approximately 8:19am I Officer Ovittore posted as Activity ▓ reported to South Block 1 (SB1) for the Restrictive Housing Unit (RHU) placement of inmate Jordan, Victor # 165080. This Officer placed wrist restraints (handcuffs) onto inmate Jordan and secured his right side utilizing the rear wrist lock escort position as he was from SB1 to RHU. Upon arrival to RHU inmate Jordan complied with the mandatory intake strip search resulting in negative findings. Inmate Jordan was then escorted and secured in East Block 1-05 cell where he was cleared by medical for placement. |
|---|---|

| Describe in detail outcome of use of force: | Inmate Jordan was secured in East Block 1-05 cell and cleared by medical. |
|---|---|

| Name (Print): Ovittore, ▓ | Signature: ▓ | Title: C/O | Date of Report: 4/30/2025 |
|---|---|---|---|
| Reviewing Supervisor Name (Print) Jones, Rehovit | Signature: ▓ | Title: CPT | Date of Review: 9 May 25 |

| Staff Acknowledgement: | The signatures on this document acknowledge that this report has been completed in its entirety and reviewed as an accurate account of the Use of Force being reported. |
|---|---|



# Use of Force Report
## Connecticut Department of Correction

CN 6501
REV 10/18/2018

| Provide responses to all of the following: *(If necessary, utilize CN6605, Incident Report- Supplemental, for further details).* | | |
|---|---|---|
| Date of Incident: 4/30/2025 | Time of Incident: 755AM | Incident Report Number: CCI-2025-04-170 |
| Inmate Name: Jordan, Victor | Inmate Number: 165080 | Location Of Incident: South Block 1 |

| Purpose for using force: (Check all that apply): | ☐ To Defend Self/Another | | ☒ To Maintain Safety/Security/Order | |
|---|---|---|---|---|
| | ☐ To Prevent Escape | ☐ Inmate Self Harm | ☐ Other (Describe below in detail) | |

| Describe in detail purpose of using force: | Restrictive Housing Unit placement of inmate Jordan, Victor # 165080 from South Block 1 (SB1) to RHU. |
|---|---|

| Nature of Threat: (Check all that apply) | ☐ Immediate (actively happening) | ☐ Imminent (about to happen) | ☒ Anticipated (expected to happen) |
|---|---|---|---|

| Identify highest level of threat: | ☐ Passive Resistance: (Dead weight or non-compliance to Officer's lawful verbal direction, but offering no actively resistive movement) | ☐ Active Resistance: (Actions such as pushing, pulling, evasive arm movement, flailing, flight, muscle tension, etc. to avoid control. Does not attempt to harm the Officer) |
|---|---|---|
| | ☐ Assaultive (non-deadly): (Agitated, combative state, physically assaultive actions and/or behavior that poses threat of injury to another (e.g., punching, kicking, clenching of fists, etc.) | ☐ Life Threatening/ Serious Bodily Injury: (Actions that may result in death or serious bodily injury) |
| | ☒ Other (Must describe): Inmate Jordan was compliant with staff direction. | |

| Describe in detail the nature of the highest threat level: | Inmate Jordan was compliant with verbal direction. |
|---|---|

| Efforts made to avoid or minimize use of force (Describe in detail): | Verbal direction was given by staff. |
|---|---|

| Force utilized (Check all that apply): | ☒ Cooperative Control Holds | ☐ Nerve Compression(s) | ☒ Mechanical restraints |
|---|---|---|---|
| | ☐ Personal Weapon(s) Strikes | ☐ Chemical Agent Deployment | ☐ Impact Weapon |
| | ☐ Firearm(s) | ☐ Canine | ☐ Other: |

| Describe in detail the progression of force utilized during incident: | On 4/30/2025 at approximately 8:19am I Officer Ovittore posted as Activity ▮ reported to South Block 1 (SB1) for the Restrictive Housing Unit (RHU) placement of inmate Jordan, Victor # 165080. This Officer placed wrist restraints (handcuffs) onto inmate Jordan and secured his right side utilizing the rear wrist lock escort position as he was from SB1 to RHU. Upon arrival to RHU inmate Jordan complied with the mandatory intake strip search resulting in negative findings. Inmate Jordan was then escorted and secured in East Block 1-05 cell where he was cleared by medical for placement. |
|---|---|

| Describe in detail outcome of use of force: | Inmate Jordan was secured in East Block 1-05 cell and cleared by medical. |
|---|---|

| Name (Print): Ovittore, ▮ | Signature: ▮ | Title: C/O | Date of Report: 4/30/2025 |
|---|---|---|---|
| Reviewing Supervisor Name (Print) Jones, Robert | Signature: ▮ | Title: CPT | Date of Review: 9 May 25 |

| Staff Acknowledgement: | The signatures on this document acknowledge that this report has been completed in its entirety and reviewed as an accurate account of the Use of Force being reported. |
|---|---|



# Use of Force Report
## Connecticut Department of Correction

CN 6501
REV 10/18/2018

| Provide responses to all of the following: *(If necessary, utilize CN6605, Incident Report- Supplemental, for further details).* | | |
|---|---|---|
| Date of Incident 4-30-2025 | Time of Incident: 755 AM | Incident Report Number: CCI-2025-04-170 |
| Inmate Name: Jordan, Victor | Inmate Number: 165080 | Location of Incident: South Block 1 |

| Purpose for using force (Check all that apply): | ☐ To Defend Self/Another | | ☒ To Maintain Safety/Security/Order | |
|---|---|---|---|---|
| | ☐ To Prevent Escape | ☐ Inmate Self Harm | ☒ Other (Describe below in detail) | |

| Describe in detail purpose of using force: | RHU placement of Inmate Jordan, Victor #165080 |
|---|---|

| Nature of Threat: (Check all that apply) | ☐ Immediate (actively happening) | ☐ Imminent (about to happen) | ☒ Anticipated (expected to happen) |
|---|---|---|---|

| Identify highest level of threat: | ☐ Passive Resistance: (Dead weight or non-compliance to Officer's lawful verbal direction, but offering no actively resistive movement) | | ☐ Active Resistance: (Actions such as pushing, pulling, evasive arm movement, flailing, flight, muscle tension, etc. to avoid control. Does not attempt to harm the Officer) |
|---|---|---|---|
| | ☐ Assaultive (non-deadly): (Agitated, combative state, physically assaultive actions and/or behavior that poses threat of injury to another (e.g., punching, kicking, clenching of fists, etc.) | | ☐ Life Threatening/ Serious Bodily Injury: (Actions that may result in death or serious bodily injury) |
| | ☒ Other (Must describe): Inmate Jordan, Victor # 165080 remained compliant during the escort | | |

| Describe in detail the nature of the highest threat level: | Inmate Jordan #165080 followed all staff verbal directions |
|---|---|

| Efforts made to avoid or minimize use of force (Describe in detail): | Clear verbal directions were given to Inmate Jordan #165080 during the entire escort. |
|---|---|

| Force utilized (Check all that apply): | ☒ Cooperative Control Holds | ☐ Nerve Compression(s) | ☒ Mechanical restraints |
|---|---|---|---|
| | ☐ Personal Weapon(s) Strikes | ☐ Chemical Agent Deployment | ☐ Impact Weapon |
| | ☐ Firearm(s) | ☐ Canine | ☐ Other: Video Recorder |

| Describe in detail the progression of force utilized during incident: | On April 30, 2025 at approximately 8:19am, I officer Wagner responded to South Block 1 under the direction of Capt. Sass. Upon my arrival in the unit, I was tasked with assisting in the escort of inmate Jordan, Victor #165080 to the Restrictive Housing Unit. Inmate Jordan was secured in wrist restraints and then escorted to the dayroom of RHU. During the escort, this officer utilized a rear wristlock escort position to secure inmate Jordan's left side. Inmate Jordan was strip-searched (negatives findings) in the dayroom, then secure in 5 cell with no further incident. |
|---|---|

| Describe in detail outcome of use of force: | Inmate Jordan was secured in RHU cell #5 evaluated by medical and cleared for placement without further incident. |
|---|---|

| Name (Print): Wagner, ███ | S███ | Title: C/O | Date of Report: 4-30-25 |
|---|---|---|---|
| Reviewing Supervisor Name (Print) Sass, ███ | Signatur███ | Title: CPT | Date of Review: 9 may 25 |

| Staff Acknowledgement: | The signatures on this document acknowledge that this report has been completed in its entirety and reviewed as an accurate account of the Use of Force being reported. |
|---|---|



# Use of Force Report
## Connecticut Department of Correction

CN 6501
REV 10/18/2018

| Provide responses to all of the following: (If necessary, utilize CN6605, Incident Report- Supplemental, for further details). | | | |
|---|---|---|---|
| Date of Incident 4-30-2025 | Time of Incident: 755 AM | Incident Report Number: CCI 2025-04-170 | |
| Inmate Name: Jordan, Victor | Inmate Number: 165080 | Location of Incident: South Block 1 | |

| Purpose for using force (Check all that apply): | ☐ To Defend Self/Another | | ☒ To Maintain Safety/Security/Order | |
|---|---|---|---|---|
| | ☐ To Prevent Escape | ☐ Inmate Self Harm | ☒ Other (Describe below in detail) | |

| Describe in detail purpose of using force: | RHU placement of Inmate Jordan, Victor #165080 |
|---|---|

| Nature of Threat: (Check all that apply) | ☐ Immediate (actively happening) | ☐ Imminent (about to happen) | ☒ Anticipated (expected to happen) |
|---|---|---|---|

| Identify highest level of threat: | ☐ Passive Resistance: (Dead weight or non-compliance to Officer's lawful verbal direction, but offering no actively resistive movement) | ☐ Active Resistance: (Actions such as pushing, pulling, evasive arm movement, flailing, flight, muscle tension, etc. to avoid control. Does not attempt to harm the Officer) |
|---|---|---|
| | ☐ Assaultive (non-deadly): (Agitated, combative state, physically assaultive actions and/or behavior that poses threat of injury to another (e.g., punching, kicking, clenching of fists, etc.) | ☐ Life Threatening/ Serious Bodily Injury: (Actions that may result in death or serious bodily injury) |
| | ☒ Other (Must describe): Inmate Jordan, Victor # 165080 remained compliant during the escort | |

| Describe in detail the nature of the highest threat level: | Inmate Jordan #165080 followed all staff verbal directions |
|---|---|

| Efforts made to avoid or minimize use of force. (Describe in detail): | Clear verbal directions were given to Inmate Jordan #165080 during the entire escort. |
|---|---|

| Force utilized (Check all that apply): | ☒ Cooperative Control Holds | ☐ Nerve Compression(s) | ☒ Mechanical restraints |
|---|---|---|---|
| | ☐ Personal Weapon(s) Strikes | ☐ Chemical Agent Deployment | ☐ Impact Weapon |
| | ☐ Firearm(s) | ☐ Canine | ☐ Other: Video Recorder |

| Describe in detail the progression of force utilized during incident: | On April 30, 2025 at approximately 8:19am, I officer Wagner responded to South Block 1 under the direction of Capt. Sass. Upon my arrival in the unit, I was tasked with assisting in the escort of Inmate Jordan, Victor #165080 to the Restrictive Housing Unit. Inmate Jordan was secured in wrist restraints and then escorted to the dayroom of RHU. During the escort, this officer utilized a rear wristlock escort position to secure inmate Jordan's left side. Inmate Jordan was strip-searched (negatives findings) in the dayroom, then secure in 5 cell with no further incident. |
|---|---|

| Describe in detail, outcome of use of force: | Inmate Jordan was secured in RHU cell #5 evaluated by medical and cleared for placement without further incident. |
|---|---|

| Name (Print): Wagner, ███ | S███ | Title: C/O | Date of Report: 4-30-25 |
|---|---|---|---|
| Reviewing Supervisor Name (Print) Sass, ███ | Signatur███ | Title: CPT | Date of Review: 9 may 25 |

| Staff Acknowledgement: | The signatures on this document acknowledge that this report has been completed in its entirety and reviewed as an accurate account of the Use of Force being reported. |
|---|---|



# Contraband/Physical Evidence Tag
## and Chain of Custody
### Connecticut Department of Correction

CN 6901 1/2
REV
06/28/17

| ☒ Facility/Unit: Cheshire Correctional Institution | ☒ Parole Office: N/A |
|---|---|
| Unit Tracking Number: CCI-VP-25-775 | Incident Report Number: CCI-2025.04-170 |

### Classification of Physical Evidence

| | | |
|---|---|---|
| ☐ Weapon | ☐ Drug/drug paraphernalia | ☐ Alcohol (commercial or homemade) |
| ☐ Clothing | ☐ Cellular/Digital Device | ☐ Miscellaneous property |

☒ Written record, video tape/disc, digital image, photograph or audio recording
☐ Appliance (e.g., television, radio, stereo, recorder, etc.)
☐ Currency (money or other commodity of exchange)
☐ Staff Contraband
☐ Other (describe)

### Evidence to be preserved for possible action as follows:

| ☒ Administrative | ☐ Criminal |
|---|---|

Video Recording of Inmate Jordan, Victor #165080 from south block 1 cell 8 to RHU cell 5

Location found/confiscated:

| By (staff name): Casteel, ▆▆▆ | Date: April 30, 2025 | Time: 8:19  ☒AM ☐PM |
|---|---|---|
| From (Inmate name): Jordan, Victor | | Inmate number: #165080 |

### Chain of custody - physical evidence (signature required)

| Staff from: Casteel ▆▆▆ | Date: April 30, 2025 | Time: 8:19 ☒AM ☐PM |
|---|---|---|
| Staff to: Lieutenant Wooten | Date: April, 30 2025 | Time:8:30 ☐AM ☒PM |
| Reason: Review | Disposition: Pending | |

| Staff from: LT Wooten | Date: 4/30/25 | Time: 9:00 ☒AM ☐PM |
|---|---|---|
| Staff to: Video Box | Date: 4/30/25 | Time: 9:00 ☒AM ☐PM |
| Reason: Video Preservation | Disposition: Storage | |

| Staff from: | Date: | Time: ☐AM ☐PM |
|---|---|---|
| Staff to: | Date: | Time: ☐AM ☐PM |
| Reason: | Disposition: | |

### Continue on page 2 for additional entries



# Contraband/Physical Evidence Tag
## and Chain of Custody
### Connecticut Department of Correction

CN 6901 1/2
REV
06/28/17

| ☒ Facility/Unit: Cheshire Correctional Institution | ☒ Parole Office: N/A |
|---|---|
| Unit Tracking Number: CCI-VP-25-775 | Incident Report Number: CCI-2025-04-170 |

### Classification of Physical Evidence

| ☐ Weapon | ☐ Drug/drug paraphernalia | ☐ Alcohol (commercial or homemade) |
|---|---|---|
| ☐ Clothing | ☐ Cellular/Digital Device | ☐ Miscellaneous property |

☒ Written record, video tape/disc, digital image, photograph or audio recording
☐ Appliance (e.g., television, radio, stereo, recorder, etc.)
☐ Currency (money or other commodity of exchange)
☐ Staff Contraband
☐ Other (describe)

### Evidence to be preserved for possible action as follows:

| ☒ Administrative | ☐ Criminal |
|---|---|

Video Recording of Inmate Jordan,Victor #165080 from south block 1 cell 8 to RHU cell 5

Location found/confiscated:

| By (staff name): Casteel, | Date: April 30, 2025 | Time: 8:19 ☒AM ☐PM |
|---|---|---|
| From (inmate name): Jordan,Victor | Inmate number: #165080 | |

### Chain of custody - physical evidence (signature required)

| Staff from: Casteel | Date: April 30, 2025 | Time: 8:19 ☒AM ☐PM |
|---|---|---|
| Staff to: Lieutenant Wooten | Date: April, 30 2025 | Time:8:30 ☐AM ☒PM |
| Reason: Review | Disposition: Pending | |

| Staff from: LT Wooten | Date: 4/30/25 | Time: 9:00 ☒AM ☐PM |
|---|---|---|
| Staff to: Video Box | Date: 4/30/25 | Time: 9:00 ☒AM ☐PM |
| Reason: Video Preservation | Disposition: Storage | |

| Staff from: | Date: | Time: ☐AM ☐PM |
|---|---|---|
| Staff to: | Date: | Time: ☐AM ☐PM |
| Reason: | Disposition: | |

### Continue on page 2 for additional entries

## Supervisor Video Recording Review
### Connecticut Department of Correction

CN 6902
REV 1/03/17

| Facility/Unit: Cheshire Correctional Institution | Date: 04/30/2025 |
|---|---|

Event recorded: R.H.U Placement (Flagrant)

| Unit Tracking Number: CCI-VP-25-775 | Incident Report Number: CCI-2025-04- 170 |
|---|---|

Media type: ☐ Videotape   ☐ Compact Disc   ☒ DVD   ☐ Other

| Inmate name(s): | Inmate number(s): |
|---|---|
| Jordan, Victor | 165080 |
| | |
| | |
| | |

Comments: **All staff members conducted themselves In a professional manner**

**Before Action Procedures**

| Sign-on procedure: | ☒ Yes ☐ No | Camera Operator: C/O Casteel |
|---|---|---|
| Supervisor's prelude: | ☒ Yes ☐ No | Supervisor: Captain Saas |
| Cell extraction team introduction: | ☐ Yes ☐ No | |

**Quality of Video Coverage**

| Is event in focus? | ☒ Yes ☐ No |
|---|---|

Obstructions or breaks in video coverage (explain):

**After Action Procedures**

| Supervisor's epilogue: | ☒ Yes ☐ No |
|---|---|
| Sign-off procedure: | ☒ Yes ☐ No |
| Video labeling: | ☒ Yes ☐ No |
| Chain of custody completed? | ☒ Yes ☐ No |

All deficiencies shall be documented in the summary portion of the incident report package, to include resolution and recommendations.

Additional Comments:

| Reviewed by: Wooten | Title: Lieutenant | Date: 04/30/2025 |
|---|---|---|

## Supervisor Video Recording Review
### Connecticut Department of Correction

CN 6902
REV 1/03/17

| | |
|---|---|
| Facility/Unit:  Cheshire Correctional Institution | Date:   04/30/2025 |

Event recorded: R.H.U Placement (Flagrant)

| | |
|---|---|
| Unit Tracking Number: CCI-VP-25-775 | Incident Report Number: CCI-2025-04- 170 |

Media type:     ☐ Videotape     ☐ Compact Disc     ☒ DVD     ☐ Other

| Inmate name(s): | Inmate number(s): |
|---|---|
| Jordan, Victor | 165080 |
| | |
| | |
| | |

**Comments: All staff members conducted themselves in a professional manner**

**Before Action Procedures**

| | | | |
|---|---|---|---|
| Sign-on procedure: | ☒ Yes | ☐ No | Camera Operator: C/O Casteel |
| Supervisor's prelude: | ☒ Yes | ☐ No | Supervisor: Captain Saas |
| Cell extraction team introduction: | ☐ Yes | ☐ No | |

**Quality of Video Coverage**

| | | |
|---|---|---|
| Is event in focus? | ☒ Yes | ☐ No |

Obstructions or breaks in video coverage (explain):

**After Action Procedures**

| | | |
|---|---|---|
| Supervisor's epilogue: | ☒ Yes | ☐ No |
| Sign-off procedure: | ☒ Yes | ☐ No |
| Video labeling: | ☒ Yes | ☐ No |
| Chain of custody completed? | ☒ Yes | ☐ No |

All deficiencies shall be documented in the summary portion of the incident report package, to include resolution and recommendations.

Additional Comments:

| | | |
|---|---|---|
| Reviewed by: Wooten | Title: Lieutenant | Date: 04/30/2025 |

CCJ-2025-04-170

# Inmate Property Inventory Form (Male) TV WORKS
## Connecticut Department of Correction

CN 61001
REV 01/29/21

| Facility: CHESHIRE C.I. | Unit: 5B-1 | Date: 4-30-25 Time: 10:30 ☑am ☐pm |
|---|---|---|
| Inmate Name (print): JORDAN, VICTOR | Inmate Number V65808 | Employee (print): SHAMPOK |

Purpose of inventory: ☐ Admission  ☑ Restrictive Housing  ☐ Transfer  ☐ Discharge  ☐ Other (specify):

PROPERTY MATRIX/RUNNING INVENTORY (disposition codes): C = contraband; D = donated; M = mailed; R = retained by inmate; S = stored; and V = visit.

| Qty | Item | Description | Disp | Qty | Item | Description | Disp | Qty | Item | Description | Disp |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | beseball cap | | | 2 | adapter | | | 1 | address book | | |
| | bathrobe | | | 1 | antenna | | | | * cassette tapes | | |
| | coat | | | | beard trimmer | | | | * compact discs | | |
| 2 | gym shorts | | | | book lamp | | | | combo lock | | |
| | pants | | | | cassette player | | | 1 | extension cord | | |
| | shirt | | | 1 | cd player | | | 1 | eyeglasses | | |
| 4 | socks | | | | clock | | | | headband | | |
| 2 | sweatpants | | | 1 | coaxial cable | | | | kufi | | |
| 3 | sweatshirt | | | | converter box | | | 4 | photo album | | |
| 3 | thermals | | | 2 | electric razor | | | | pillow | | |
| 8 | t-shirts | | | 2 | fan | | | 3 | prayer rug | | |
| 4 | underpants | | | 2 | head phones | 1 earbud | | | tams | | |
| | | | | | radio | | | 2 | towel | | |
| | | | | 1 | television | | | 10 | video games | | |
| | | | | 3 | video console | Gameboy | | 4 | washcloth | | |
| | | | | 1 | tablet | | | | yarmulke | | |

\* No more than 20 total – any combination of tape and/or cd

| | boots/shoes | | | 1 | religious article | Bibe 3 rugs | | 1 | retainer | | |
| | shower shoes | | | 1 | watch | | | | | | |
| 1 | slippers | | | | wedding ring | | | | | | |
| 3 | sneakers | 2 reboy kinderaraff | | | | | | | | | |

I state that (1) no retained item of jewelry or religious artifact is valued at more than $50.00 and no retained wedding ring or set is valued at more than $200.00, (2) no retained item of clothing or footwear is valued at more than $100.00 and that (3) this inventory is correct and all property accounted for.

Inmate Signature: I/M REFUSED TO SIGN    Staff Witness Signature: _____

PROPERTY MATRIX/RUNNING INVENTORY ADDITIONS OR DELETIONS - items received through the mail, a visit, or issued after arrival shall be entered in this section.

| Date | Qty | Item | Description | Disp. | Inmate Initials | Staff Initials | Date | Qty | Item | Description | Disp. | Inmate Initials | Staff Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

Distribution: Inmate, central property file, and inmate's property bag/box (as appropriate) – additional copies for Department purposes shall be provided as needed via photocopying

CSJ-2025-04-170

# Inmate Property Inventory Form (Male) TV WORKS
## Connecticut Department of Correction

CN 61001
REV 01/29/21

| Facility: CHESHIRE C.I. | Unit: 5B-1 | Date: 4-30-25 | Time: 10:30 ☒ am ☐ pm |
|---|---|---|---|

| Inmate Name (print): JORDAN, VICTOR | Inmate Number V65808 | Employee (print): SHAMPOK |
|---|---|---|

Purpose of inventory: ☐ Admission  ☒ Restrictive Housing  ☐ Transfer  ☐ Discharge  ☐ Other (specify):

**PROPERTY MATRIX/RUNNING INVENTORY** (disposition codes): C = contraband; D = donated; M = mailed; R = retained by inmate; S = stored; and V = visit.

| Qty | Item | Description | Disp | Qty | Item | Description | Disp | Qty | Item | Description | Disp |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | baseball cap | | | 2 | adapter | | | 1 | address book | | |
| | bathrobe | | | 1 | antenna | | | | * cassette tapes | | |
| | coat | | | | beard trimmer | | | | * compact discs | | |
| 2 | gym shorts | | | | book lamp | | | | combo lock | | |
| | pants | | | | cassette player | | | 1 | extension cord | | |
| | shirt | | | 1 | cd player | | | 1 | eyeglasses | | |
| 4 | socks | | | | clock | | | | headband | | |
| 2 | sweatpants | | | 1 | coaxial cable | | | | kufi | | |
| 2 | sweatshirt | | | | converter box | | | 4 | photo album | | |
| 3 | thermals | | | 2 | electric razor | | | | pillow | | |
| 8 | t-shirts | | | 2 | fan | | | 3 | prayer rug | | |
| 4 | underpants | | | 2 | head phones | 1 earbud | | | tams | | |
| | | | | | radio | | | 2 | towel | | |
| | | | | 1 | television | | | 10 | video games | | |
| | | | | 3 | video console | Gameboy | | 4 | washcloth | | |
| | | | | 1 | tablet | | | | yarmulke | | |

\* No more than 20 total – any combination of tape and/or cd

| | boots/shoes | | | 1 | religious article | ①Bible 3 rugs | | 1 | retainer | | |
| 1 | shower shoes | | | 1 | watch | | | | | | |
| 1 | slippers | | | | wedding ring | | | | | | |
| 3 | sneakers | 2 reboy undercarait | | | | | | | | | |

I state that (1) no retained item of jewelry or religious artifact is valued at more than $50.00 and no retained wedding ring or set is valued at more than $200.00, (2) no retained item of clothing or footwear is valued at more than $100.00 and that (3) this inventory is correct and all property accounted for.

| Inmate Signature: I/M REFUSED TO SIGN | Staff Witness Signature: |
|---|---|

**PROPERTY MATRIX/RUNNING INVENTORY ADDITIONS OR DELETIONS** - items received through the mail, visit, or issued after arrival shall be entered in this section.

| Date | Qty | Item | Description | Disp. | Inmate Initials | Staff Initials | Date | Qty | Item | Description | Disp. | Inmate Initials | Staff Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

Distribution: inmate, central property file, and inmate's property bag/box (as appropriate) – additional copies for Department purposes shall be provided as needed via photocopying

CSX-2025-04-170



**Connecticut Department of Correction**

CN 9307

# Inmate Overview Sheet

4/30/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| **Name:** | **JORDAN,VICTOR** | SSN: | ███████ | Race: | **Black** | |
| **Number:** | **00165080** | DOB: | 11/27/1971 | Gender: | **M** | |
| | | Height: | 5' 08" | Hair Color: | **Black** | |
| | | Weight: | 185 Lbs. | Eye Color: | **Brown** | |

| | | |
|---|---|---|
| Bond: | 0 | Status: **Sentenced** |
| Offense: | ██████ | Detainer: **No** |
| | **Sale Of Hallucigen/Narcotic Substnc F** | |
| Sentence: | 81 Y 0 M 0 D | Admin Date: 4/17/2008 |
| Release Date: | Max: 10/12/2088 | Estimated: |
| VTP Date: | | DWOR: N |
| DNA Felony: Y | Swab: 11/23/2009 | Sex Off. Registration: ██ |

| | | |
|---|---|---|
| TS Hold Date: | | HH Hold: |
| XP Hold Date: | | Total DR(s): 76 |

Photo Date: **10/28/2022**

Current Facility: **Cheshire CI**

Housing: **Sb1**   Cell: ████

Court:   Court Date:   Transport By:

Hub:   Release Status: ***Must call Facility prior to release from Court***

Transfer To:   Transfer Date:

Management Sub-Code: ████████

Profile: Y   Special Management:

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Escape: | 3 | Severity/Viol of Off: | ██ | Security Risk Group: | ██ | Detainer: | 1 |
| | Discipline: | 4 | Length Confinement: | 4 | Violence History: | 2 | Overall: | 4 |
| **Needs Scores:** | Medical: | ██ | Alcohol/Drug: | ██ | Education: | 2 | | |
| | MH: | ██ | | | Vocational: | 3 | Comm Resrc: | 1 |

Home Address: ████████████

Emergency Contact: ████████████

Address: ████████████

**Special Instructions/Comments for DOC Use Only:**

**Medication:**

**Notes - for Other Agency Use:**

ccr-2015-04-170



**Connecticut Department of Correction**

CN 9307

# Inmate Overview Sheet

4/30/2025

| Name: | JORDAN,VICTOR | SSN: | | Race: | Black |
|---|---|---|---|---|---|
| Number: | 00165080 | DOB: | 11/27/1971 | Gender: | M |
| | | Height: | 5' 08" | Hair Color: | Black |
| | | Weight: | 185 Lbs. | Eye Color: | Brown |

| Bond: | 0 | Status: | Sentenced |
|---|---|---|---|
| Offense: | | Detainer: | No |
| | Sale Of Hallucigen/Narcotic Substnc F | | |
| Sentence: | 01 Y 0 M 0 D | Admin Date: | 4/17/2008 |
| Release Date: | Max: 10/12/2008 | Estimated: | |
| VTP Date: | | DWOR: | N |
| DNA Felony: Y | Swab: 11/23/2009 | Sex Off. Registration: | |

| | | TS Hold Date: | | HH Hold: | |
|---|---|---|---|---|---|
| Photo Date: | 10/28/2022 | XP Hold Date: | | Total DR(s): | 76 |
| Current Facility: Cheshire CI | | Housing: | Sb1 | Cell: | |
| Court: | | Court Date: | | Transport By: | |
| Hub: | | Release Status: | *Must call Facility prior to release from Court* | | |
| Transfer To: | | Transfer Date: | | | |

Management Sub-Code:

Profile: Y    Special Management:

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Escape: | 3 | Severity/Viol of Off: | | Security Risk Group: | | Detainer: | 1 |
| | Discipline: | 4 | Length Confinement: | 4 | Violence History: | 2 | Overall: | 4 |
| Needs Scores: | Medical: | | Alcohol/Drug: | | Education: | 2 | | |
| | MH: | | | | Vocational: | 3 | Comm Resrc: | 1 |

Home Address:

Emergency Contact:

Address:

**Special Instructions/Comments for DOC Use Only:**

**Medication:**

**Notes - for Other Agency Use:**



# Restrictive Housing/Special Management Unit
## Status Order
### Connecticut Department of Correction

CN 9401/1
REV 4/21/23

| Facility/Unit: | Cheshire Correctional Institution | |
|---|---|---|
| Inmate name: | Jordan, Victor | Inmate number:   165080 |

## SECTION 1 - STATUS

**Placement in Restrictive Housing Unit (check and date the appropriate description).**

| | | Date: |
|---|---|---|
| ☐ | Transfer Detention | Date: |
| ■ | Administrative Detention | Date:   30APR25 |
| ☐ | Punitive Segregation | Date: |
| ☐ | Special Management: | Date: |

## SECTION 2 - REASON FOR PLACEMENT

The inmate's/my continued presence in the general population poses a serious threat to life, property, self, other inmates, and/or the security of the facility because:

Inmate Jordan, Victor #165080 was placed in Restrictive Housing pending the adjudication of a Class "A" Disciplinary Report for Flagrant Disobedience.

## SECTION 3 – Vulnerable Population Review

Does this inmate meet any of the following criteria? ☐ Yes (if yes, next business day review is required) ■ No

Under the age of 18 – Over the age of 65 – MH Score 4 or 5 – Has a developmental disability – Significant auditory or visual impairment – Pregnant or Postpartum – Has a serious medical condition in accordance with AD 9.7

| Supervisor signature: | Date:   30APR25 |
|---|---|
| Inmate given copy of this form:   Time:   10:45   ■ am   ☐ pm | Date:   30APR25 |



# Restrictive Housing/Special Management Unit
## Status Order
### Connecticut Department of Correction

CN 9401/1
REV 4/21/23

| Facility/Unit: | Cheshire Correctional Institution | | |
|---|---|---|---|
| Inmate name: | Jordan, Victor | Inmate number: | 165080 |

### SECTION 1 - STATUS

**Placement in Restrictive Housing Unit (check and date the appropriate description).**

| | | Date | |
|---|---|---|---|
| ☐ | Transfer Detention | Date: | |
| ☑ | Administrative Detention | Date: | 30APR25 |
| ☐ | Punitive Segregation | Date: | |
| ☐ | Special Management: | Date: | |

### SECTION 2 - REASON FOR PLACEMENT

The inmate's/my continued presence in the general population poses a serious threat to life, property, self, other inmates, and/or the security of the facility because:

Inmate Jordan, Victor #165080 was placed in Restrictive Housing pending the adjudication of a Class "A" Disciplinary Report for Flagrant Disobedience.

### SECTION 3 – Vulnerable Population Review

Does this inmate meet any of the following criteria? ☐ Yes (if yes, next business day review is required) ☑ No

Under the age of 18 – Over the age of 65 – MH Score 4 or 5 – Has a developmental disability – Significant auditory or visual impairment – Pregnant or Postpartum – Has a serious medical condition in accordance with AD 9.7

| Supervisor signature: | | Date: | 30APR25 |
|---|---|---|---|
| Inmate given copy of this form: Time: 10:45 ☑ am ☐ pm | | Date: | 30APR25 |

CCI-2025-04-170



# Disciplinary Report
## Connecticut Department of Correction

CN 9503/1
REV 05/21/24

| Facility/Unit: Cheshire CI | Report date: 4/30/2025 |
|---|---|
| Inmate name: Jordan, Victor | Inmate number: 165080 |

| Housing unit: SB108 | Location of incident: South Block 1 |
|---|---|

| Report number: | Incident date: 4/30/2025 | Incident time: 7:55 ☒ am ☐ pm |
|---|---|---|

| Offense: Flagrant Disobedience | Offense class: ☒ A ☐ B ☐ C |
|---|---|

Description of violation: On April 30, 2025, I Officer Agosto posted as a South Block 1 Housing Officer was conducting a routine tour. While touring SB108 cell's door window was obstructed with paper. At this time, Inmate Jordan, Victor #165080 was instructed to remove the obstruction from the door window, so I can properly conduct my tour. Inmate Jordan replied with, "Fuck you, you can see enough of me." After several direct orders and redirects, Inmate Jordan repeatedly challenged this officer's authority and refused to remove the obstruction. At this time, a supervisor was called to the unit, and Inmate Jordan was escorted out of the unit. This is the reason for this Class A ticket Flagrant Disobedience. EOR

Witness(es):

Physical evidence:

| Reporting employee (print): Agosto | Title: Correction Officer |
|---|---|

Reporting employee (signature):

| Date: 4/30/2025 | Time: 12:30 ☐ am ☒ pm | Employee requests copy: ☒ yes ☐ no |
|---|---|---|

### CUSTODY SUPERVISOR / UNIT MANAGER REVIEW

| ☑ Administrative Detention | Date: 4-30-25 | Time: 8²⁷ ☒ am ☐ pm |
|---|---|---|

| ☐ Accused inmate interviewed | ☐ Informal disposition | |
|---|---|---|

Custody Supervisor / Unit Manager name (print): Rinaldi

Custody Supervisor / Unit Manager signature:

| Title: CAPTAIN | Date: 4-30-25 | Time: 12⁴⁰ ☐ am ☒ pm |
|---|---|---|

### INMATE NOTICE

| Delivered by (print): Dowling | Delivered by (signature): |
|---|---|

| Title: Correction Officer | Date: 4-30-25 | Time: 12⁴⁵ ☐ am ☒ pm |
|---|---|---|

☐
- Check if inmate receiving disciplinary report is placed on a Behavioral or Mental Health Observation Status.
- If applicable, delivering officer must read the Disciplinary Report to the inmate and leave the copy at the Officers Station.
- Once a qualified mental health provider deems that the inmate can retain paper, the Disciplinary Report shall be issued to the inmate in accordance with this directive.



CCI-2025-04-170

# Disciplinary Report
## Connecticut Department of Correction

CN 9503/1
REV 05/21/24

| Facility/Unit: Cheshire CI | Report date: 4/30/2025 |
|---|---|

| Inmate name: Jordan, Victor | Inmate number: 165080 |
|---|---|

| Housing unit: SB108 | Location of incident: South Block 1 |
|---|---|

| Report number: | Incident date: 4/30/2025 | Incident time: 7:55 ☒ am ☐ pm |
|---|---|---|

| Offense: Flagrant Disobedience | Offense class: ☒ A ☐ B ☐ C |
|---|---|

Description of violation: On April 30, 2025, I Officer Agosto posted as a South Block 1 Housing Officer was conducting a routine tour. While touring SB108 cell's door window was obstructed with paper. At this time, Inmate Jordan, Victor #165080 was instructed to remove the obstruction from the door window, so I can properly conduct my tour. Inmate Jordan replied with, "Fuck you, you can see enough of me." After several direct orders and redirects, Inmate Jordan repeatedly challenged this officer's authority and refused to remove the obstruction. At this time, a supervisor was called to the unit, and Inmate Jordan was escorted out of the unit. This is the reason for this Class A ticket Flagrant Disobedience. EOR

Witness(es):

Physical evidence:

| Reporting employee (print): Agosto | Title: Correction Officer |
|---|---|

Reporting employee (signature):

| Date: 4/30/2025 | Time: 12:30 ☐ am ☒ pm | Employee requests copy: ☒ yes ☐ no |
|---|---|---|

### CUSTODY SUPERVISOR / UNIT MANAGER REVIEW

| ☒ Administrative Detention | Date: 4-30-25 | Time: 8²⁷ ☒ am ☐ pm |
|---|---|---|

| ☐ Accused inmate interviewed | ☐ Informal disposition | |
|---|---|---|

Custody Supervisor / Unit Manager name (print): Rinaldi

Custody Supervisor / Unit Manager signature:

| Title: CAPTAIN | Date: 4-30-25 | Time: 12⁴⁰ ☐ am ☒ pm |
|---|---|---|

### INMATE NOTICE

| Delivered by (print): Dowling | Delivered by (signature): |
|---|---|

| Title: Correction Officer | Date: 4-30-25 | Time: 12⁴⁵ ☐ am ☒ pm |
|---|---|---|

☐
- Check if inmate receiving disciplinary report is placed on a Behavioral or Mental Health Observation Status.
- If applicable, delivering officer must read the Disciplinary Report to the inmate and leave the copy at the Officers Station.
- Once a qualified mental health provider deems that the inmate can retain paper, the Disciplinary Report shall be issued to the inmate in accordance with this directive.

**Cheshire Correctional Institution**    cʑ·ʼ℈ʼ⅝-cµ-ʽʼ⅌    April 30, 2025
Medical Incident Report                                              Page 2

**VICTOR JORDAN**    **INMATE ID #:** 00165080    53 Years Old
**DOB:** 11/27/1971    **Race:** Unspecified    **Gender:** Male
**LOC:** ▇▇▇▇    **Med Score:** ▇ **Sub Score:** .....    **MH Score:** ▇ **Sub Score:** ....

Custody Notification:
  Date: 04/30/2025
  Time: 0830
Seg/RHU Start:
  Date: 04/30/2025
  Time: 8:45 AM
Location: RHU
Contraindications for Placement: No

## OBSERVATIONS OF CORRECTIONAL STAFF
Correctional staff reported bizarre behavior or behavior that may be a sign of suicide risk: No

## RHU MENTAL HEALTH SCREENING QUESTIONS
1. Have you been in RHU before? Refused
2. Other than intake, have you been seen by MH staff during this incarceration? Refused
3. Are you currently receiving MH services? Refused
4. Are you taking any MH medications? Refused
5. Have you ever tried to commit suicide? Refused
6. Are you feeling suicidal? Refused
7. Are you prepared for the potential negative consequences of RHU placement? Refused

## BEHAVIORS/APPEARANCE
8. Inmate has visible marks of self-injury No
9. Inmate appears anxious, scared or depressed No
10. Inmate appears to have poor hygiene (malodorous, disheveled) No
11. Inmate is having trouble following directions or is having trouble responding appropriately No
12. Inmate appears under the influence of alcohol or substance(s) No

## MEDICAL CONTRAINDICATION/ACCOMODATION
13. Does inmate have any medical devices or conditions that cannot be managed in RHU No
14. Does inmate have a Bottom Bunk Pass No
15. Inmate oriented to RHU medical/MH services and verbalized understanding of how to access Refused
Additional Comments: Inmate refusing all nursing interventions. Mental Health Natalina notified and is in unit speaking to inmate. Custody made aware of inmate's refusal.
THIS OFFENDER MAY BE HOUSED IN A RESTRICTIVE HOUSING SETTING AT THIS TIME.

Electronically signed by ▇▇▇▇ Lokos RN on 04/30/2025 at 8:47 AM

**Cheshire Correctional Institution**    *cd·2025-cy-170*    April 30, 2025

Medical Incident Report    Page 2

**VICTOR JORDAN**    INMATE ID #: 00165080    53 Years Old
**DOB:** 11/27/1971    **Race:** Unspecified    **Gender:** Male
**LOC:** ▮▮▮▮    Med Score: ▮ Sub Score: .....    MH Score: ▮ Sub Score: ....

Custody Notification:
    **Date:** 04/30/2025
    **Time:** 0830
Seg/RHU Start:
    **Date:** 04/30/2025
    **Time:** 8:45 AM
**Location:** RHU
**Contraindications for Placement:** No

## OBSERVATIONS OF CORRECTIONAL STAFF
Correctional staff reported bizarre behavior or behavior that may be a sign of suicide risk: No

## RHU MENTAL HEALTH SCREENING QUESTIONS
1. Have you been in RHU before? Refused
2. Other than intake, have you been seen by MH staff during this incarceration? Refused
3. Are you currently receiving MH services? Refused
4. Are you taking any MH medications?  Refused
5. Have you ever tried to commit suicide? Refused
6. Are you feeling suicidal? Refused
7. Are you prepared for the potential negative consequences of RHU placement? Refused

## BEHAVIORS/APPEARANCE
8. Inmate has visible marks of self-injury No
9. Inmate appears anxious, scared or depressed No
10. Inmate appears to have poor hygiene (malodorous, disheveled) No
11. Inmate is having trouble following directions or is having trouble responding appropriately No
12. Inmate appears under the influence of alcohol or substance(s) No

## MEDICAL CONTRAINDICATION/ACCOMODATION
13. Does inmate have any medical devices or conditions that cannot be managed in RHU No
14. Does inmate have a Bottom Bunk Pass No
15. Inmate oriented to RHU medical/MH services and verbalized understanding of how to access . Refused
**Additional Comments:** Inmate refusing all nursing interventions. Mental Health Natalina notified and is in unit speaking to inmate. Custody made aware of inmate's refusal.
**THIS OFFENDER MAY BE HOUSED IN A RESTRICTIVE HOUSING SETTING AT THIS TIME.**

Electronically signed by ▮▮▮▮ Lokos RN on 04/30/2025 at 8:47 AM



# STATE OF CONNECTICUT
# DEPARTMENT OF
# CORRECTION
## External Affairs Division



# FREEDOM OF INFORMATION
# UNIT

Ned Lamont
Governor

24 Wolcott Hill Road | Wethersfield, CT 06109
*An Affirmative Action/Equal Opportunity Employer*

Angel Quiros
Commissioner

## Reference #R003374-100925

10/09/2025

Inmate Jordan, Victor #165080

RE: FOI Records Request that I received on 10/9/2025

Dear Inmate Jordan,

This is an acknowledgement that the Department of Correction received your Freedom of Information Act request that I received on 10/9/25 requesting a copy of your RHU placement on April 30, 2025 and CCI-2025-05-014. The incident report CCI-2025-05-014 is exempt from disclosures per CGS 1-210(b)(1), due to it being open. The last part of your request about medical documents about your hunger strike must be requested through medical records not FOI. Your request has been given a reference number of #R003374-100925 for tracking purposes. You will be notified if and when documents are available.

If you have any questions, please contact my office. Thank you for your attention.

Sincerely,

Officer Kozikowski

Cheshire CI

I/m Jordan - #165080
SB2-19

# Cheshire Correctional Institution
# Incident Reporting Routing Form
# CCI-2025-04-170

Date: 30APR25
Subject: 3J Inmate Jordan, Victor #165080 SB1-08 Flagrant Disobedience
Shift:   7:00 AM to 3:00 PM
Supervisor: Captain ███ Saas

--------------------------------------------------------------------

**Captain** ███ **Saas**

Date In: 4 may 25
Date Out: 9 may 25

Recommendations/comments: *Reviewed*

**Deputy Warden** ███ **Domitrz:**

Date In:
Date Out: 5/15/025

Recommendations/Comments: No full rev

**Deputy Warden** ███ **Soley:**

Date In:
Date Out:

Recommendations/Comments:

**Warden** ███ **Reis:**

Date In:
Date Out:

Recommendations/Comments:

# Cheshire Correctional Institution
## Incident Reporting Routing Form
## CCI-2025-04-170

Date: 30APR25
Subject: 3J Inmate Jordan, Victor #165080 SB1-08 Flagrant Disobedience
Shift:   7:00 AM to 3:00 PM
Supervisor: Captain ███ Saas

---

**Captain ███ Saas**

Date In: 4 MAY 25
Date Out: 9 m May 25

Recommendations/comments: Reviewed

---

**Deputy Warden ███ Domitrz:**

Date In:
Date Out: 5/15/2025

Recommendations/Comments: No futher action

**Deputy Warden ███ Soley:**

Date In:
Date Out:

Recommendations/Comments:

---

**Warden ███ Reis:**

Date In:
Date Out:

Recommendations/Comments:



# STATE OF CONNECTICUT

# DEPARTMENT OF CORRECTION

# FREEDOM OF INFORMATION UNIT

## Cheshire Correctional Institution

## 900 Highland Ave

## Cheshire, CT 06410

## Acknowledgement for Receipt of Documents Pursuant to Freedom of Information Act

I, inmate Jordan, Victor #165080

On this date __Oct 16 2025__, acknowledge I have received requested documents Pursuant to the Freedom of Information Act.

21 page CCI-2025-04-170

_____        10/16/29
Inmate Signature                        Date

_____        10/16/25
Witness Signature and Printed Name      Date

# STATE OF CONNECTICUT

# DEPARTMENT OF CORRECTION

# FREEDOM OF INFORMATION UNIT

## Cheshire Correctional Institution

## 900 Highland Ave

## Cheshire, CT 06410

## Acknowledgement for Receipt of Documents Pursuant to Freedom of Information Act

I, inmate Jordan, Victor #165080

On this date _Oct 16 2025_ , acknowledge I have received requested documents Pursuant to the Freedom of Information Act.

21 page CCI-2025-04-170

_____
Inmate-Signature

_____
Witness Signature and Printed Name

10/16/29
Date

10/16/25
Date

*Unlawful Detention Restriction*



# Restrictive Housing/Special Management Unit
## Status Order
### Connecticut Department of Correction

CN 9401/1
REV 4/21/23

| Facility/Unit: | Cheshire Correctional Institution | |
|---|---|---|
| Inmate name: Jordan, Victor | | Inmate number: 165080 |

### SECTION 1 - STATUS

**Placement in Restrictive Housing Unit (check and date the appropriate description).**

| | | |
|---|---|---|
| ☐ Transfer Detention | | Date: |
| ☒ Administrative Detention | | Date: 30APR25 |
| ☐ Punitive Segregation | | Date: |
| ☐ Special Management: | | Date: |

### SECTION 2 - REASON FOR PLACEMENT

The inmate's/my continued presence in the general population poses a serious threat to life, property, self, other inmates, and/or the security of the facility because:

Inmate Jordan, Victor #165080 was placed in Restrictive Housing pending the adjudication of a Class "A" Disciplinary Report for Flagrant Disobedience.

### SECTION 3 – Vulnerable Population Review

Does this inmate meet any of the following criteria? ☐ Yes (if yes, next business day review is required) ☒ No

Under the age of 18 – Over the age of 65 – MH Score 4 or 5 – Has a developmental disability – Significant auditory or visual impairment – Pregnant or Postpartum – Has a serious medical condition in accordance with AD 9.7

| Supervisor signature: | Date: 30APR25 |
|---|---|
| Inmate given copy of this form: Time: 10:45 ☒ am ☐ pm | Date: 30APR25 |



# Restrictive Housing/Special Management Unit
## Status Order
### Connecticut Department of Correction

CN 9401/2
REV 4/21/23

| SECTION 4 - REVIEW (Administrative Detention only) | | |
|---|---|---|
| 24-hour Vulnerable Population review: | | |
| Review signature: | Title: | Date: |
| Continue placement reason: | | |
| 72 hour review signature: | Title: | Date: |
| Continue placement reason: | | |
| 6-day review signature: | Title: | Date: |
| Continue placement reason: | | |
| 9-day review signature: | Title: | Date: |

| SECTION 5 - RELEASE | | |
|---|---|---|
| | | |
| *Signature of releasing authority: | | Date: |

*If the releasing authority is higher than the unit administrator, the unit administrator shall sign and so indicate under the reason for release.

Distribution:  Original – Unit Administrator or Designee (Inmate master file on completion)
Copy – Inmate (Initial placement only)



# Disciplinary Report
## Connecticut Department of Correction

CN 9503/1
REV 05/21/24

| Facility/Unit: Cheshire CI | Report date: 4/30/2025 |
|---|---|

| Inmate name: Jordan, Victor | Inmate number: 165080 |
|---|---|

| Housing unit: SB108 | Location of incident: South Block 1 |
|---|---|

| Report number: | Incident date: 4/30/2025 | Incident time: 7:55   ☒ am   ☐ pm |
|---|---|---|

| Offense: Flagrant Disobedience | Offense class:   ☒ A   ☐ B   ☐ C |
|---|---|

Description of violation: On April 30, 2025, I Officer Agosto posted as a South Block 1 Housing Officer was conducting a routine tour. While touring SB108 cell's door window was obstructed with paper. At this time, Inmate Jordan, Victor #165080 was instructed to remove the obstruction from the door window, so I can properly conduct my tour. Inmate Jordan replied with, "Fuck you, you can see enough of me." After several direct orders and redirects, Inmate Jordan repeatedly challenged this officer's authority and refused to remove the obstruction. At this time, a supervisor was called to the unit, and Inmate Jordan was escorted out of the unit. This is the reason for this Class A ticket Flagrant Disobedience. EOR

Witness(es):

Physical evidence:

| Reporting employee (print): Agosto | Title: Correction Officer |
|---|---|

Reporting employee (signature):

| Date: 4/30/2025 | Time: 12:30 | ☐ am   ☒ pm | Employee requests copy:   ☒ yes   ☐ no |
|---|---|---|---|

## CUSTODY SUPERVISOR / UNIT MANAGER REVIEW

| ☑ Administrative Detention | Date: 4-30-25 | Time: 8²⁷   ☒ am   ☐ pm |
|---|---|---|

| ☐ Accused inmate interviewed | ☐ Informal disposition | |
|---|---|---|

Custody Supervisor / Unit Manager name (print): Rinaldi

Custody Supervisor / Unit Manager signature:

| Title: CAPTAIN | Date: 4-30-25 | Time: 12⁴⁰   ☐ am   ☒ pm |
|---|---|---|

## INMATE NOTICE

| Delivered by (print): Dowling | Delivered by (signature): |
|---|---|

| Title: Correction Officer | Date: 4-30-25 | Time: 12⁴⁵   ☐ am   ☒ pm |
|---|---|---|

☐
- Check if inmate receiving disciplinary report is placed on a Behavioral or Mental Health Observation Status.
- If applicable, delivering officer must read the Disciplinary Report to the inmate and leave the copy at the Officers Station.
- Once a qualified mental health provider deems that the inmate can retain paper, the Disciplinary Report shall be issued to the inmate in accordance with this directive.

# Disciplinary Report
## Connecticut Department of Correction

CN 9503/2
REV 05/21/24

| Investigator: | Receipt date: | Time: | ☐ am ☐ pm |
|---|---|---|---|

Attempt, accessory and conspiracy: When supported by the evidence, the offenses of attempt, accessory and conspiracy shall be deemed to be included in the substantive offense without having to be separately charged. Attempt, accessory and conspiracy shall be punishable in the same degree as if the substantive offense were committed.

## CLASS A OFFENSES

Alteration of a specimen
Arson
Assault
Assault on a DOC employee
Bribery
Contraband (dangerous instrument, escape item, unauthorized currency, drug and/or tobacco, drug and/or tobacco paraphernalia, intoxicating substance, tattoo equipment, wireless communication device or component)
Creating a disturbance
Destruction of property ($100 or more)

Escape
Escape from PCS Supervision
Falsely Reporting an Incident
Felonious misconduct
Fighting
Flagrant disobedience
Hostage holding
Hostage holding of a DOC employee
Impeding order
Interfering with safety or security
Intoxication
Possession of Sexually Explicit Materials

Public Indecency
Refusal or Removal Of an Institutional Program or Policy
Refusal to give a specimen
Refusing Housing
Riot (declaration by DOC Commissioner)
Secreting identity
Security Risk Group Affiliation
Security tampering
Self-mutilation
Sexual misconduct
Theft ($100 or more)
Threats
Violation of Program Provisions

## CLASS B OFFENSES

Bartering
Causing a disruption
Contraband (unauthorized items, items in excess of authorized amounts.

Destruction of property (under $100)
Disobeying a direct order
Gambling
Giving false information

Insulting language or behavior
Misdemeanant misconduct
Out of place
Theft (under $100)

## CLASS C OFFENSES

| Disorderly conduct | Lingering | Sanitary/housing violation | Violation of unit rules |
|---|---|---|---|

### Waiver of 24-hour Notice

I hereby waive my right to a 24-hour notice of hearing, and request that a hearing be held at the earliest convenience of the hearing officer.

| Inmate signature: | Date: |
|---|---|
| Witness signature: | Date: |

### Waiver of Appearance

I hereby waive my appearance at the disciplinary hearing. This does not constitute a guilty plea.

| Inmate signature: | Date: |
|---|---|
| Witness signature: | Date: |

### Guilty Plea

I hereby plead guilty to the charge contained in this disciplinary report. I voluntarily enter this plea and understand that my plea bars an appeal.

| Inmate signature: | Date: |
|---|---|
| Investigator/hearing officer signature: | Date: |

### Deferral of prosecution

| ☐ Prosecution deferred by Disciplinary Coordinator | Through date: |
|---|---|
| Disciplinary Coordinator signature: | Date: |
| Inmate signature: | Date: |



# Restrictive Housing/Special Management Unit
## Status Order
### Connecticut Department of Correction

CN 9401/1
REV 4/21/23

| Facility/Unit: | Cheshire Correctional Institution | | |
|---|---|---|---|
| Inmate name: | Jordan, Victor | Inmate number: | 165080 |

## SECTION 1 - STATUS

### Placement in Restrictive Housing Unit (check and date the appropriate description).

| | | | |
|---|---|---|---|
| ☐ | Transfer Detention | Date: | |
| ■ | Administrative Detention | Date: | 30APR25 |
| ☐ | Punitive Segregation | Date: | |
| ☐ | Special Management: | Date: | |

## SECTION 2 - REASON FOR PLACEMENT

The inmate's/my continued presence in the general population poses a serious threat to life, property, self, other inmates, and/or the security of the facility because:

Inmate Jordan, Victor #165080 was placed in Restrictive Housing pending the adjudication of a Class "A" Disciplinary Report for Flagrant Disobedience.

## SECTION 3 – Vulnerable Population Review

Does this inmate meet any of the following criteria? ☐ Yes (if yes, next business day review is required) ■ No

Under the age of 18 – Over the age of 65 – MH Score 4 or 5 – Has a developmental disability – Significant auditory or visual impairment – Pregnant or Postpartum – Has a serious medical condition in accordance with AD 9.7

| Supervisor signature: | | Date: | 30APR25 |
|---|---|---|---|
| Inmate given copy of this form: | Time: 10:45   ■ am  ☐ pm | Date: | 30APR25 |



# Restrictive Housing/Special Management Unit
## Status Order
### Connecticut Department of Correction

CN 9401/2
REV 4/21/23

| SECTION 4 - REVIEW (Administrative Detention only) | | |
|---|---|---|
| 24-hour Vulnerable Population review: | | |

| Review signature: | Title: | Date: |
|---|---|---|
| Continue placement reason: | | |

| 72 hour review signature: | Title: | Date: |
|---|---|---|
| Continue placement reason: | | |

| 6-day review signature: | Title: | Date: |
|---|---|---|
| Continue placement reason: | | |

| 9-day review signature: | Title: | Date: |
|---|---|---|

| SECTION 5 - RELEASE | |
|---|---|

| *Signature of releasing authority: | Date: |
|---|---|

*If the releasing authority is higher than the unit administrator, the unit administrator shall sign and so indicate under the reason for release.

Distribution:   Original – Unit Administrator or Designee (inmate master file on completion)
Copy – Inmate (initial placement only)

# Inmate Request Form
## Connecticut Department of Correction

11-23-21
TO
1-7-22

CN 9601
REV 1/31/09

NO NAME NO INMATE # NO HOUSING UNIT CELL NO DATE NO RESPONSE

Inmate name: Victor L. Jordan sr.

Inmate number: 165080

Facility/Unit: **Cheshire Correctional Institution**   Housing unit: North 2-211   Date: 11-23-21

Submitted to: Warden Reis are (Peterson) Dep warden Nunez Dep warden Pierce

Request:

I see that you guys are still placing inmates in solitary confinement for non-Extraordinary circumstances, such as minor contraband that is not an immediate threat to the safety and security of the facility and or inmates or staff, contraband in the likes of potential parts for tattooing", "Stingers" "pruno", and a number of other "Class A" offenses that are not an immediate threat, or if any to the "safety and security" of general population, especially offenses of an "Extraordinary" circumstance in nature, for the reason to use such harmful and extreme punitive measures, measures that the D.O.C. Knows or should Know" is extremely harmful to inmates psychology and physical well being. You are using → over

/continue on back if necessary

Previous action taken:

C.C. Ned Lamont, Gov.       C.C. Mental Health Sup. for

C.C. Angel Quiros, comm. of corr.       corrections statewide.

C.C. David Maiga, pop mang.

C.C. Karen Martucci, External Affairs       Dr. Rollenda

continue on back if necessary

Acted on by (print name):       Title:

Action taken and/or response: In accordance to AD's 9.4 and 9.5 offenders will continue to be removed from the general population pending disciplinary dispositions when justified for reasons of safety or order. Sanctions may include punitive segregation and be imposed following a hearing. Punitive time will be determined based on the extent of the circumstances.

continue on back if necessary

Staff signature: DW Pierce       Date: 12/6/21

RHU (Solitary Confinement) as a bully tactic and a form of torture. It is well known by "Experts in psychology" and "Experts in Corrections" that even the initial placement in solitary confinement can do and cause irreparable harm to an inmates psyche that does more harm than good. The fact that this has been determined for more than a century and D.O.C. is continueing to enforce these draconian measures, under the guise of a "Threat to the safety & security of the facility" for minor disciplinary infractions, non, violent, threatening, and or disturbance, or a "Real Class A Contraband item, such as Narcotics, weapons, cell phones or other safety and security electronic, potential Gang violence, and or potential Rioting behavior, and or influence, and or public intoxication, or a threat to themselves, Most of these may warrant some form of confinement and separation. Solitary confinement is a violation of human right and inhumane in nature, especially the conditions of the following RHU units the is functioning in most if not all the state facilitys including County Jails, and the treatment by staff, medical, and mental health are deplorable at best and is a clear showing of deliberate indifference, and punitive with the intent to to- -ture, with malicious intent. The fact that this facilitys RHU "East unit" is one of the worst RHUs in the state, actually ten times worst than "Northern" (supermax) is rediculous. These inhumane matters concerning solitary confinement, and conditions an treatment need to be rectified, fixed and stopped effective immediately.
        You all have been given notice.

                          by convict/inmate _Victor Laymond Jordan sr._
                                    #165080

    I hereby certify that a copy of this CN9601 has been sent to all parties named on reverse side via, either Departmental mail, and or U.S. mail (postage) and other appropriate means made available on or about the date of Nov. 23-2021.

                          s/s _____
                                Victor L. Jordan sr.



# Inmate Grievance Form- Level 1
## Connecticut Department of Correction

12-13-21
To
1-21-22

CN 9602
REV
04/30/2021

| Facility/Unit: | Cheshire C.I. | Date: 12-8-21 |
|---|---|---|
| Inmate name: | Victor L. Jordan Sr. | Inmate number: 165080 |

## INMATE ADVISEMENT

- Any inmate who files a grievance must follow all instructions in Section 5 and 6 of Administrative Directive 9.6, "Inmate Administrative Remedies."
- Any grievance which does not follow the instructions identified in the above mentioned sections shall be rejected.

## STATE THE PROBLEM AND REQUESTED RESOLUTION

- Provide any factual information that is applicable, including any responses from staff.
- State the action that you think should be taken to resolve the problem.
- PLEASE PRINT.

Although you guys (D.O.C.) use the A.D. 9.4 and 9.5 to justify your placing inmates in inhumane conditions, RHU/ solitary confinement, for minor infractions. That's not a threat to the safety and security and operations of the facility. You D.O.C. stop the normal operation of the facility, to escort a inmate to RHU, for a literal minor infraction, there is no penelogical reason why a inmate be placed in isolation, solitary confinement, with the harsh conditions of the RHU in this facility. This process must be stopped.

Inmate signature: _____  Date: 12-8-21

- Deposit this form in the "Administrative Remedies" box.

## DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW

| Date Received: | IGP #: |
|---|---|

| Disposition: | Date of Disposition: |
|---|---|

Reason:

☐ This decision is not subject to further appeal.    ☐ This matter may be appealed within 5 calendar days.

Staff Name Print:

| Signature: | Date: |
|---|---|